OLD REPUBLIC INSURANCE COMPANY, PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 83-8-01115

Before BERNARD NEWMAN, *Judge.*

(Dated December 28, 1983)

*Sandler & Travis, P.A. (Mark D. Crames, Esq.,* of counsel) for plaintiff.
*Richard K. Willard,* Acting Assistant Attorney General, *Joseph I. Liebman,* Attorney in Charge, International Trade Field Office, Commercial Litigation Branch and *Kenneth N. Wolf, Esq.,* for defendant.

BERNARD NEWMAN, *Judge:* Before the Court is a motion under Rule 15 of the Rules of the Court of International Trade by Washington International Insurance Company (Washington) to amend the summons filed in this case by Old Republic Insurance Company (Republic).[1] Washington seeks to be substituted as plaintiff, alleging it is the real party in interest and that the action was "inadvertently" filed in the name of Republic.

Defendant opposes the proposed amendment on the ground that Washington has failed at this time to establish any basis for the substitution of plaintiffs, and requests that the motion to amend be denied without prejudice to renewal upon a proper showing.

I agree with defendant that Washington's motion should be denied, but without prejudice to renewal.

The papers presently before the Court fail to disclose Republic's connection with the cause of action, if any, or Washington's standing under 28 U.S.C. § 2631 as a proper party plaintiff. Section 2631 provides, *inter alia,* that a civil action may be commenced by the person who filed the protest pursuant to 19 U.S.C. § 1514 or by a surety on the transaction which is the subject of the protest. Washington, however, has not asserted that it either filed the protest or was the surety on the transaction which was the subject of the protest. Moreover, Washington has made no effort to explain the circumstances under which this action was "inadvertently" filed in the name of Republic. Indeed, for all that is presently before the Court, Republic may have been a total stranger to the import transaction. Consequently, Washington's application utterly fails to demonstrate any basis for the proposed substitution.

For the foregoing reasons, it is hereby ORDERED that Washington's motion to amend the summons to substitute itself for Republic as plaintiff in this action is denied, but without prejudice to renewal upon a showing of a proper factual or legal basis to support its motion.

---

[1] See Rule 3(d) of the Rules of the Court of International Trade.

The following abstracts of decisions of the U.S. Court of International Trade at New York are published for the information and guidance of officers of the Customs and others concerned.

ABSTRACTED PROTEST DECISIONS

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/201 | Rao, J. July 5, 1988 | Semperit of America, Inc. | 79-6-01021, etc. | Item 359.50 25¢ per lb. + 30% Item 359.10 15% | Item 359.60 8.5% | Agreed statement of facts | Baltimore Cloth inserted rubber sheeting |
| P83/202 | Landis, J. July 5, 1983 | Coleco Industries, Inc. | 80-9-01518 | Item 735.20 10% | Item 734.20 5.5% | APF Electronics Inc. v. U.S. (C.D. 4784) | Ogdensburg Ice beds for power jet hockey |
| P83/203 | Landis, J. July 5, 1983 | Lloyd's Electronics Int'l. | 80-10-01582 | Item 678.50 5% Item 720.02 37¢ each | Item 678.50 5% | Agreed statement of facts | New York Solid-state digital AM/FM timekeeping radio/8-track player combinations with LED displays |
| P83/204 | Boe, J. July 5, 1983 | North American Foreign Trading Corp. | 81-2-00136 | Item 716.14 75¢ each | Item 688.36 5.5% | U.S. v. Texas Instruments, Inc., 69 CCPA 186 (1982) | New York LCD watch modules 823T and 823 |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/205 | Boe, J. July 5, 1983 | North American Foreign Trading Corp. | 81-11-01572 | Item 676.20 4.8% Item 715.15 Duty on "movements" under item 716.18 at rate of 67¢ each Item 715.05 Duty on "movements" under item 716.18 at 67¢ each | Item 676.20 4.8% (merchandise marked "A") Item 688.36 5.3% (merchandise marked "B") | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | New York LCD clock/calculators (merchandise marked "A") LCD watches (merchandise marked "B") |
| P83/206 | Boe, J. July 5, 1983 | North American Foreign Trading Corp. | 82-4-00532 | Item 716.14 75¢ each | Item 688.36 5.5% | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | New York LCD watch modules 823T and 823 |
| P83/207 | Boe, J. July 5, 1983 | RCA Corp. | 81-8-01115 | Merchandise classified articles with constructively separated clock movements classified under item 720.18 at $1.125 each plus 16%; VCR classified under item 685.40 at 5.5% | Item 685.40 5.5% | Texas Instruments, Inc. v. U.S., 1 CIT 236, aff'd, 69 CCPA 136 (1982) | Los Angeles Video cassette recorders which contain digital clock/timers; entirely with article in which incorporated |
| P83/208 | Landis, J. July 14, 1983 | E. Gluck Corp. | 81-12-01777 | Items 715.05 (716.14/716.18) (modules), 720.24 or 720.28 (cases) and 740.35 (bands) Various rates | Item 688.36 (merchandise marked "A") 5.5%, 5.3%, 5.1% or 4.9% Item 656.25 (merchandise marked "B" plated with gold) 25%, 28.1%, 21.3% or 19.4% Item 657.35 (merchandise marked "B" brass c.v.) .6¢ per lb. + 7.5%, 7.4%, 7.0% or 6.7% | Agreed statement of facts | New York Electronic LCD watches |

| | Judge & Date | Importer | Court No. | Entered under | Assessed / claimed | Basis | Port | Merchandise |
|---|---|---|---|---|---|---|---|---|
| P83/209 | Landis, J.<br>July 14, 1983 | E. Gluck Corp. | 82-1-00113 | Items 715.05 (716.14/716.18) (modules), 720.24 or 720.28 (cases) and 740.35 (bands)<br>Various rates | Item 657.20 (merchandise marked "B" steel c.v.) 9.5%, 9.0%, 8.6% or 8.1%<br>Item 656.20 (merchandise marked "B" coated or plated with palladium) 16%, 14.9%, 13.9% or 12.8%<br>Item 688.36 (merchandise marked "A") 5.5%, 5.3%, 5.1% or 4.9%<br>Item 656.25 (merchandise marked "B" plated with gold) 25%, 23.1%, 21.3% or 19.4%<br>Item 657.35 (merchandise marked "B" brass c.v.) 6¢ per lb. + 7.5%, 7.4%, 7.0% or 6.1%<br>Item 657.20 (merchandise marked "B" steel) 9.5%, 9.0%, 8.6% or 8.1%<br>Item 656.20 (merchandise marked "B" coated or plated with palladium) 16%, 14.9%, 13.9% or 12.8% | Agreed statement of facts | New York | Electronic LCD watches |
| P83/210 | Boe, J.<br>July 14, 1983 | E. Gluck Corp. | 81-1-00068 | Item 715.05 Various rates (modules)<br>Item 720.24 or 720.28 Various rates (cases)<br>Item 740.35 Various rates (bands) | Item 688.36 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "A")<br>Item 656.25 25%, 23.1%, 21.3% or 19.4% (merchandise marked "B" plated with gold) | Agreed statement of facts | New York | Electronic LCD watches |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| | | | | | Item 657.35 .6¢ per lb. + 7.5%, 7.4%, 7.0% or 6.7% (merchandise marked "B" brass c.v.) Item 657.20 9.5%, 9.0%, 8.6% or 8.1% (merchandise marked "B" steel) Item 656.20 16%, 14.9%, 13.9% or 12.8% (merchandise marked "B" coated or plated with palladium) | | |
| P83/211 | Boe, J. July 14, 1983 | E. Gluck Corp. | 81-10-01405 | Item 715.05 Various rates (modules) Item 720.24 or 720.28 Various rates (cases) Item 740.35 Various rates (bands) | Item 688.36 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "A") Item 656.25 25%, 23.1%, 21.3% or 19.4% (merchandise marked "B" plated with gold) Item 657.35 .6¢ per lb. + 7.5%, 7.4%, 7.0% or 6.7% (merchandise marked "B" brass) Item 657.20 9.5%, 9.0%, 8.6% or 8.1% (merchandise marked "B" steel c.v.) Item 656.20 16%, 14.9%, 13.9% or 12.8% (merchandise marked "B" coated or plated with palladium) | Agreed statement of facts | New York Electronic LCD watches |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P83/212 | Boe, J. July 14, 1983 | E. Gluck Corp. | 81-10-01448 | Item 715.05 (modules) Various rates<br>Item 720.24 or 720.28 (cases) Various rates<br>Item 740.35 (bands) Various rates | Item 688.36 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "A")<br>Item 656.25 25%, 23.1%, 21.3% or 19.4% (merchandise marked "B" plated with gold)<br>Item 657.35 .6¢ per lb. + 7.5%, 7.4%, 7.0% or 6.7% (merchandise marked "B" brass c.v.)<br>Item 657.20 9.5%, 9.0%, 8.6% or 8.1% (merchandise marked "B" steel c.v.)<br>Item 656.20 16%, 14.9%, 13.9% or 12.8% (merchandise marked "B" coated or plated with palladium) | Agreed statement of facts | New York Electronic LCD watches |
| P83/213 | Re, C.J. July 18, 1983 | Electronic Arrays, Inc. | 80-2-00328 | Item 716.05 Not stated<br>Item 720.75 Not stated | Item 688.40 5.5%<br>Item 687.60 6% | Agreed statement of facts | San Francisco Watch modules and watch integrated circuits |
| P83/214 | Re, C.J. July 18, 1983 | Electronic Arrays, Inc. | 81-10-01778 | Item 716.05 Not stated<br>Item 720.75 Not stated | Item 688.40 5.5%<br>Item 687.60 6% | Agreed statement of facts | San Francisco Watch modules and watch integrated circuits |
| P83/215 | Re, C.J. July 18, 1983 | Litronix, Inc. | 79-7-01177 | Item 716.05 Not stated<br>Item 720.40 Not stated | Item 688.40 5.5%<br>Item 685.70 4% | Agreed statement of facts | San Francisco Watch modules and watch displays |
| P83/216 | Landis, J. July 18, 1983 | Arthur J. Fritz & Co. | 81-11-01569 | Item 184.75 8% or 7.5%<br>Item 184.85 5.2% or 3% | Item 187.47 Free of duty | Norman G. Jensen v. U.S., 2 CIT 198 (1981) | Blaine (Seattle) Grain screenings pellets |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/217 | Landis, J. July 18, 1983 | Arthur J. Humphreys, Inc. | 81-10-01870 | Item 184.75 8% or 7.5% Item 184.85 5.2% or 3% | Item 187.47 Free of duty | Norman G. Jensen v. U.S., 2 CIT 198 (1981) | Blaine (Seattle) Grain screenings pellets |
| P83/218 | Landis, J. July 18, 1983 | Exquisite Form Industries, Inc. | 82-2-00227 | Item 376.24 32% | Item 376.28 18% | Agreed statement of facts | New York Body supporting garments |
| P83/219 | Landis, J. July 18, 1983 | Signetics Corp. | 78-6-01007 | Item 697.60 6% | Item 807.00 With an allowance in duty based upon full value of merchandise less cost or value of prefabricated die of U.S. origin | U.S. v. Texas Instruments, Inc. (C.A.D. 1178) | San Francisco American goods returned; integrated circuits which consist of U.S. fabricated components |
| P83/220 | Landis, J. July 18, 1983 | Sterncomco, Inc. | 81-10-01871 | Item 184.75 8% or 7.5% Item 184.85 5.2% or 3% | Item 187.47 Free of duty | Norman G. Jensen v. U.S., 2 CIT 198 (1981) | Lynden (Seattle) Grain screenings pellets |
| P83/221 | Re, C.J. July 25, 1983 | Chrysler Corp. | 71-5-00099 | Item 696.15 12%, 10.5%, 9.5%, 8%, 7% or 6% | Item 680.45 8%,7%, or 6% For duty purposes, the value of the outboard drives shown on commercial invoices for entry 1033608 of 4/2/68 shall be $243.00 each | Eaton Manufacturing Co. v. U.S. (C.D. 4571) | New York Outboard drives |
| P83/222 | Re, C.J. July 25, 1983 | Electronic Arrays, Inc. | 80-9-01425 | Item 716.05 Not stated Item 720.75 Not stated | Item 688.40 5.5% Item 687.60 6% | Judgment on the pleadings | San Francisco Watch modules and watch integrated circuits |
| P83/223 | Re, C.J. July 25, 1983 | Scheer & Spring, Ltd. | 79-8-01348, etc. | Item 702.47 Column two rates of duty | Item 702.47 $1.02 per doz. + 5% | Agreed statement of facts | New York Ladies' straw hats |

| Ref | Judge / Date | Plaintiff | Court No. | Classified under | Claimed under | Disposition | Description |
|---|---|---|---|---|---|---|---|
| P83/224 | Re, C.J. July 25, 1988 | Standard Sales, Inc. | 78-9-01555 | Item 705.35 15% | Item 734.97 9% | Stonewall Trading Co. v. U.S. (C.D. 4023) | Los Angeles Style No. 635 men's cowhide grain leather ski gloves |
| P83/225 | Re, C.J. July 25, 1988 | United Tire and Rubber Co. | 81-8-01113, etc. | Item 772.51 4% | Item 772.50 Free of duty | Agreed statement of facts | Buffalo Pneumatic tires of rubber or plastic for tractors |
| P83/226 | Newman, J. July 25, 1988 | Federal Pacific Electric Co. | 79-9-01471 | Item 682.05 12.5% | Item 682.07 6% | Summary judgment | Buffalo Ground fault sensors or sensing transformers |
| P83/227 | Boe, J. July 25, 1988 | E. Gluck Corp. | 81-1-00084 | Item 715.05 Various rates (modules) Item 720.24 or 720.28 Various rates (cases) Item 740.35 Various rates (bands) | Item 688.36 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "A") Item 656.25 25%, 23.1%, 21.3% or 21.3% or 19.4% (merchandise marked "B" plated with gold) Item 657.35 .6¢ per lb. + 7.5%, 7.4%, 7% or 6.7% (merchandise marked "B" brass) Item 657.20 9.5%, 9%, 8.6% or 8.1% (merchandise marked "B" steel) Item 656.20 16%, 14.9%, 13.9% or 12.8% (merchandise marked "B" coated or plated with palladium) | Agreed statement of facts | New York Electronic LCD watches consisting of modules; modules and cases, etc. (merchandise marked "A"); cases and bands (merchandise marked "B"); entireties |
| P83/228 | Boe, J. July 26, 1988 | E. Gluck Corp. | 81-1-00036 | Item 715.05 Various rates (modules) Item 720.24 or 720.28 Various rates (cases) Item 740.35 Various rates (bands) | Item 688.36 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "A") Item 656.25 25%, 23.1%, 21.3% or 19.4% (merchandise marked "B" plated with gold) | Agreed statement of facts | New York Electronic LCD watches consisting of modules; modules and cases, etc. (merchandise marked "A"); cases and bands (merchandise marked "B"); entireties |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| | | | | | Item 657.35 .6¢ per lb. + 7.5%, 7.4%, 7% or 6.7% (merchandise marked "B" brass c.v.) Item 657.20 9.5%, 9%, 8.6% or 8.1% (merchandise marked "B" steel c.v.) Item 656.20 16%, 14.9%, 13.9% or 12.8% (merchandise marked "B" coated or plated with palladium) | | |
| P88/229 | Boe, J. July 26, 1983 | E. Gluck Corp. | 81-4-00451 | Item 715.05 Various rates (modules) Item 720.24 or 720.28 Various rates (cases) Item 740.35 Various rates (bands) | Item 688.36 5.5%, or 5.3%, 5.1% or 4.9% (merchandise marked "A") Item 656.25 25%, 23.1%, 21.3% or 19.4% (merchandise marked "B" plated with gold) Item 657.35 .6¢ per lb. + 7.5%, 7.4%, 7% or 6.7% (merchandise marked "B" brass c.v.) Item 657.20 9.5%, 9%, 8.6% or 8.1% (merchandise marked "B" steel c.v.) Item 656.20 16%, 14.9%, 13.9% or 12.8% (merchandise marked "B" coated or plated with palladium) | Agreed statement of facts | New York Electronic LCD watches consisting or modules; modules and cases, etc. (merchandise marked "A"); cases and bands (merchandise marked "B"); entireties |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P88/230 | Boe, J. July 26, 1983 | E. Gluck Corp. | 81-8-01099 | Item 715.05 Various rates (modules) Item 720.24 or 720.28 Various rates (cases) Item 740.35 Various rates (bands) | Item 688.36 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "A") Item 656.25 25%, 23.1%, 21.3% or 19.4% (merchandise marked "B" plated with gold) Item 657.35 .6¢ per lb. + 7.5%, 7.4%, 7% or 6.7% (merchandise marked "B" brass c.v.) Item 657.20 9.5%, 9%, 8.6% or 8.1% (merchandise marked "B" steel c.v.) Item 656.20 16%, 14.9%, 13.9% or 12.8% (merchandise marked "B" coated or plated with palladium) | Agreed statement of facts | New York Electronic LCD watches consisting of modules; modules and cases, etc. (merchandise marked "A"); cases and bands (merchandise marked "B"); entireties |
| P88/231 | Boe, J. July 26, 1983 | E. Gluck Corp. | 81-9-01235 | Item 715.05 Various rates (modules) Item 720.24 Various rates (cases) Item 740.35 Various rates (bands) | Item 688.36 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "A") Item 656.25 25%, 23.1% or 23.1% or 19.4% (merchandise marked "B" plated with gold) Item 657.35 .6¢ per lb. + 7.5%, 7.4%, 7% or 6.7% (merchandise marked "B" brass c.v.) Item 657.20 9.5%, 9%, 8.6% or 8.1% (merchandise marked "B" steel c.v.) Item 656.20 16%, 14.9%, 13.9% or 12.8% (merchandise marked "B" coated or plated with palladium) | Agreed statement of facts | New York Electronic LCD watches consisting of modules; modules and cases, etc. (merchandise marked "A"); cases and bands (merchandise marked "B"); entireties |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/232 | Boe, J. July 26, 1983 | E. Gluck Corp. | 81-10-01447 | Item 715.05 Various rates (modules) Item 720.24 or 720.28 Various rates (cases) Item 740.35 Various rates (bands) | Item 688.36 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "A") Item 656.25 25%, 28.1%, 23.1% or 19.4% (merchandise marked "B" plated with gold) Item 657.35 .6¢ per lb. + 7.5%, 7.4%, 7% or 6.7% (merchandise marked "B" brass c.v.) Item 657.20 9.5%, 9%, 8.6% or 8.1% (merchandise marked "B" steel c.v.) Item 656.20 16%, 14.9%, 13.9% or 12.8% (merchandise marked "B" coated or plated with palladium) | Agreed statement of facts | New York Electronic LCD watches consisting of modules; modules and cases, etc. (merchandise marked "A"); cases and bands (merchandise marked "B"); entireties |
| P83/233 | Boe, J. July 27, 1983 | Magnavox Consumer Electronic Co. | 81-5-00623 | Item 716.18, 720.02, 720.14 and 720.16 Various rates | Item 685.40 5.5%, or 5.3% Merchandise assessed on basis of export value equal to sum of appraised values of radio receivers and tape recorders and timepiece portions | Texas Instruments, Inc. v. U.S., 1 CIT 236 (1981) aff'd, 69 CCPA 136 (1982) | Los Angeles AM/FM clock radios |

| | | | | | | |
|---|---|---|---|---|---|---|
| P88/234 | Boe, J. July 27, 1983 | Magnavox Consumer Electronic Co. | 81-12-01658, etc. | Item 720.14, 720.16 and 720.18 Various rates | Item 685.24 9.9% or 9.3% Merchandise assessed on basis of export value equal to sum of appraised values of radio receivers and timepiece portions | Texas Instruments, Inc. v. U.S., 1 CIT 236 (1981) aff'd, 69 CCPA 136 (1982) | Los Angeles AM/FM clock radios |
| P88/235 | Re, C.J. July 29, 1983 | Corning Glass Works | 82-9-01265 | Item 425.04 6% | Item 437.76 Free of duty | Agreed statement of facts | New York Fractions of human blood |
| P88/236 | Re, C.J. July 29, 1983 | Firestone Canada, Inc. | 82-1-00001 | Item 772.51 4%(merchandise marked "A") Item 772.60 4.7% (merchandise marked "B") | Item 772.50 Free of duty (merchandise marked "A") Item 772.59 Free of duty (merchandise marked "B") | Agreed statement of facts | Detroit Pneumatic tires and tire tubes |
| P88/237 | Re, C.J. July 29, 1983 | The Firestone Tire & Rubber Co. | 81-10-01468 | Item 772.51 4% (merchandise marked "A") Item 772.60 4.7% (merchandise marked "B") | Item 772.50 Free of duty (merchandise marked "A") Item 772.59 Free of duty (merchandise marked "B") | Agreed statement of facts | Detroit Pneumatic tires and tire tubes |
| P88/238 | Re, C.J. July 29, 1983 | The Firestone Tire & Rubber Co. | 82-1-00002 | Item 772.51 4% (merchandise marked "A") Item 772.60 4.7% (merchandise marked "B") | Item 772.50 Free of duty (merchandise marked "A") Item 772.59 Free of duty (merchandise marked "B") | Agreed statement of facts | Detroit Pneumatic tires and tire tubes |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/239 | Re, C.J. July 29, 1983 | The Firestone Tire & Rubber Co. | 82-2-00196 | Item 772.51 4% (merchandise marked "A") Item 772.60 4.7% (merchandise marked "B") | Item 772.50 Free of duty (merchandise marked "A") Item 772.59 Free of duty (merchandise marked "B") | Agreed statement of facts | Detroit Pneumatic tires and tire tubes |
| P83/240 | Watson, J. July 29, 1983 | Harper-Wyman Co. | 77-10-04538 | Item 685.90 8.5% | Item 684.30 4% | Harper Wyman Co. v. U.S., 1 CIT 108 (1981) | Brownsville (Laredo) Electric thermostats |
| P83/241 | Boe, J. July 29, 1983 | E. Gluck Corp. | 81-10-01404 | Item 715.05 Various rates (modules) Item 720.24 or 720.28 Various rates (cases) Item 740.35 Various rates (bands) | Item 688.35 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "A") Item 656.25 25%, 28.1%, 21.3%, 19.4% (merchandise marked "B" plated with gold) Item 657.35 6¢ per lb. + 7.5%, 7.4%, 7% or 6.7% (merchandise marked "B" brass) Item 657.20 9.5%, 9%, 8.6% or 8.1% (merchandise marked "B" steel) Item 656.20 16%, 14.9%, 13.9% or 12.8% (merchandise marked "B" coated or plated with palladium) | Agreed statement of facts | New York Electronic LCD watches consisting of modules; modules and cases, etc. (merchandise marked "A"); cases and bands (merchandise marked "B"); entireties |
| P83/242 | Re, C.J. August 2, 1983 | F. W. Myers & Co. | 78-8-00887 | Item 608.05 0.3¢ per lb. | Item 608.02 Free of duty | F. W. Myers & Co. v. U.S. (C.D. 4635) | Detroit; Ogdensburg (Champlain-Rouses Point) Sponge iron powder |

| | | | | | | |
|---|---|---|---|---|---|---|
| P83/243 | Boe, J. August 2, 1983 | Alexander G. Arroyos | 76-1-00092 | Item 609.03 8.5% | Item 642.93 .02¢ per lb. | Doherty-Barrow of Texas, Inc. v. U.S., 3 CIT 228 (1982) | Houston Steel cotton ties |
| P83/244 | Boe, J. August 2, 1983 | Syncroquartz (Former name: Microma, Inc.) and Intel Corp. | 81-3-00335, etc. | Item 720.75 22.5% | Item 687.60 6% (merchandise marked "A") Item 688.36 5.5% (merchandise marked "B") | U.S. v. Texas Instruments, Inc., C.A.D. 1244 (1980) (merchandise marked "A") U.S. v. Texas Instruments, Inc., 1 CIT 236 (1981), aff'd, 69 CCPA 186 (1982) (merchandise marked "B") | San Francisco Integrated circuit devices marked (merchandise "A") watch modules marked (merchandise "B") modules marked |
| P83/245 | Boe, J. August 2, 1983 | Westinghouse Trading Corp. | 80-10-01647 | Item 536.11 22.5% | Item 535.14 15% | Westinghouse Trading Co. v. U.S. (C.D. 4817) | New York Translucent alumina tubes |
| P83/246 | Re, C.J. August 12, 1983 | D'Vincci Watch Co., Inc. | 83-1-00027 | Not stated | Item 688.36 5.1% | Judgment on the pleadings | San Francisco Watch module bracelets |
| P83/247 | Re, C.J. August 12, 1983 | G.M. Miller & Co., Int'l | 83-3-00402 | Not stated | Item 688.36 5.1% | Judgment on the pleadings | San Francisco LCD watch modules |
| P83/248 | Re, C.J. August 16, 1983 | Chrysler Corp. | 67/46813, etc. | Item 696.15 12%, 10.5%, 9.5%, 8%, 7% or 6% | Item 680.45 9%, 8%, 7%, 6%, 5%, or 4% ("out-drive") Item 680.45 9%, 8%, 7%, 6%, 5%, or 4% ("out-drive") Item 696.15 12%, 10.5%, 9.5%, 8%, 7% or 6% ("transom shields") Item 664.10 10.5%, 9%, 8%, 7%, 6%, 5% ("electrical lift") | Easton Manufacturing Co. v. U.S. (C.D. 4207) | New York Outboard drives |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/249 | Re, C.J. August 16, 1983 | Sara International Inc. | 81-10-01707 | Item 807.00/382.8137 Appraised on basis of constructed value; entered dutiable values less cost or value of U.S. products, excluding components subjected to buttonholing or similar operations | Item 807.00/382.8137 Dutiable on basis of constructed value; represented by entered values less cost or value or U.S. products including components subjected to buttonholing or similar operations | Agreed statement of facts | Miami Ladies' blouses |
| P83/250 | Re, C.J. August 17, 1983 | A.N. Deringer, Inc. | 80-7-01027 | Item 274.75 6¢ per lb. | Item 274.75 Free of duty | Judgment on the pleadings | New York Printed material consisting of non-post-card portion of magazine inserts |
| P83/251 | Re, C.J. August 19, 1983 | Electronic Arrays, Inc | 81-2-00186 | Not stated | Item 688.36 5.5% (watch modules) Item 687.60 6% (watch or clock integrated circuits) | Judgment on the pleadings | San Francisco Watch modules and watch assemblies |
| P83/252 | Re, C.J. August 19, 1983 | Electronic Arrays, Inc | 81-10-01866 | Not stated | Item 688.36 5.5% (watch modules) Item 687.60 6% (watch and clock integrated circuits) | Judgment on the pleadings | San Francisco Watch modules and watch assemblies |

| | | | | | | |
|---|---|---|---|---|---|---|
| P83/253 | Boe, J August 19, 1983 | Litronix, Inc | 78-12-02093 | Item 716.15 or 716.05 75¢ each (watch modules) Item 720.40 22.75% (watch displays) Item 72075 22.5% (watch integrated circuits) | Item 688.36 5.5% (watch modules) Item 685.70 4% (watch displays) Item 687.60 6% (watch integrated circuits) | United States v. Texas Instruments, Inc., 69 CCPA 136 (1982) (watch modules) United States v. Texas Instruments, Inc., C.A.D. 1243 (watch displays) United States v. Texas Instruments, Inc. C.A.D. 1244 (watch integrated circuits) | San Francisco Watch modules and watch displays |
| P83/254 | Re, C.J. August 22, 1983 | D'Vincci Watch Co., Inc. | 83-2-00230 | Item 740.30 or 740.38 Not stated | Item 688.36 5.1% or 4.0% | Agreed statement of facts | San Francisco Watch module bracelets |
| P83/255 | Re, C.J. August 24, 1983 | Petrie Stores Corp. | 81-10-01473 | Item 382.04 42.5% | Item 382.78 25¢ per lb. + 32.5% | Agreed statement of facts | New York Ladies' acrylic sweaters, style No. 1802 |
| P83/256 | Re, C.J. August 30, 1983 | Coast Trading Co. | 81-10-01491, etc. | Item 184.75 8% or 7.5% 5.2% or 3% | Item 187.47 Free of duty | Norman G. Jenson v. U.S., 1 CIT 198 (1981) | Blaine (Seattle) Pelleted screening |
| P83/257 | Re, C.J. August 30, 1983 | E. Gluck Corp. | 81-12-01694 | Item 715.05 (716.14/716.18) Various rates (modules) Item 720.24 or 720.28 Various rates (cases) Item 740.35 Various rates (bands) | Item 688.36 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "A") Item 656.25 25%, 28.1%, 21.3% or 19.4% (merchandise marked "B" plated with gold) Item 657.35 .6¢ per lb. + 7.5%, 7.4%, 7% or 6.7% (merchandise marked "B" brass c.v.) | Agreed statement of facts | New York Electronic LCD watches consisting of modules; modules and cases, etc. (merchandise marked "A"); cases and bands (merchandise marked "B"); entireties |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED — Item No. and Rate | HELD — Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/258 | Re, C.J. August 30, 1988 | Hanover Glove Co. | 82-2-00191 | Item 705.35 15% | Item 657.20 9.5%, 9%, 8.6% or 8.1% (merchandise marked "B" steel c.v.) Item 656.20 16%, 14.9%, 18.9% or 12.8% (merchandise marked "B" coated or plated with palladium) | Agreed statement of facts | Baltimore Ski gloves |
| P83/259 | Re, C.J. August 30, 1988 | Nippon Kogaku (USA), Inc. | 81-9-01233 | Not stated | Item A735.06 Free of duty pursuant to GSP Item 708.45 15% (merchandised marked "A") Item 708.47 15% (merchandised marked "B") | Agreed statement of facts | New York Adult sets of subvision aids and frames and mountings for eyeglasses |
| P83/260 | Re, C.J. August 30, 1988 | North American Foreign Trading Corp. | 81-9-00111 | Item 715.15 Duty assessed under item 716.15 at rate of 75¢ each on the "movements" Duty assessed on cases under 720.34 at rate of 13.5% | Item 688.36 5.5% | Agreed statement of facts | New York LCD clocks |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P83/261 | Re, C.J. August 30, 1983 | Western Farmers Association | 81–10–01490 | Item 184.75 8% or 7.5% Item 184.85 5.2% or 3% | Item 187.47 Free of duty | Norman G. Jensen v. U.S, 1 CIT 198 (1981) | Lynden (Seattle) Pelleted screenings |
| P83/262 | Re, C.J. September 6, 1983 | E. Gluck Corp. | 81–11–01595 | Item 715.05 Various rates (modules) Item 720.24 or 720.28 Various rates (cases) Item 740.35 Various rates (bands) | Item 688.35 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "A") Item 656.25 25%, 23.1%, 21.3% or 19.4% (merchandise marked "B" plated with gold) Item 657.35 .6¢ per lb. + 7.5%, 7.4%, 7% or 6.7% (merchandise marked "B" brass c.v.) Item 657.20 9.5%, 9%, 8.6% or 8.1% (merchandise marked "B" steel c.v.) Item 656.20 16%, 14.9%, 13.9% or 12.8% (merchandise marked "B" coated or plated with palladium) | Agreed statement of fact | New York Electronic LCD watches consisting of modules; modules and cases, etc. (merchandise marked "A"); cases and bands (merchandise marked "B"); entireties |
| P83/263 | Re, C.J. September 6, 1983 | U.S. JVC Corp. | 81–9–01209 | Not stated | Item 685.40 5.5% or 5.3% | Judgment on the pleadings | Los Angeles Video cassette recorders; entirety with incorporated timer devices |
| P83/264 | Re, C.J. September 6, 1983 | U.S. JVC Corp. | 82–3–00433 | Not stated | Item 685.40 5.1% | Judgment on the pleadings | Chicago Video cassette recorders; entirety with incorporated timer devices |
| P83/265 | Ford, J. September 6, 1983 | F.W. Myers & Co. | 82–8–01189 | Item 680.22 11% | Item 666.00 Free of duty | Agreed statement of facts | Buffalo Automatic livestock waterers |
| P83/266 | Ford, J. September 6, 1983 | Uniroyal, Inc. | 83–1–00088 | Item 680.12 5.5% | Item 678.10 Free of duty | Converse Rubber v. U.S. (C.D. 4374) | Bridgeport (Boston) Shoe machinery molds |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/267 | Re, C.J. September 6, 1988 | Alleson Corp. | 83-4-00522 | Item 389.62 15% + 25¢ per lb. | Item 389.70 10% | Agreed statement of facts | New York "Lashing cable" style Nos. 9344, 9330, 9343 and 9306 |
| P83/268 | Re, C.J. September 6, 1988 | J.C. Penney Purchasing Corp. | 81-4-00464 | Item A737.95 17.5% | Item A737.15 Free of duty (vehicle) Item A685.60 Free of duty (transmitter) | Agreed statement of facts | Savannah Radio controlled white Porsche and Radio controlled black Porsche |
| P83/269 | Watson, J. September 13, 1983 | Mast Industries, Inc. | 80-1-00061, etc. | Under item 807.00 at rate of duty applicable to items 882.04, 882.33, 382.71, 382.78, 382.81, with an allowance given to cost or value of some of the fabric components, the product of U.S.; no allowance made for fabric components, the product of U.S., subjected to buttonhole and/or slit operations during assembly of imported garments | Buttonhole and pocket slit components are properly subject to item 807.00 duty allowance | U.S. v. Mast Industries, No. 81-18 (CCPA 12/30/81) | Miami American goods returned; garments consisting in part of fabric components of U.S. origin subjected to buttonhole and/or slit operations during foreign assembly of imported garments |
| P83/270 | Boe, J. September 13, 1983 | A & A International Inc. | 81-12-01733, etc. | Items 716.16, 716.18, 720.16, etc. Various rates (watch or clock movements) Item 740.35 32.4% or 29.8% | Item 688.36 5.3% or 5.1% (merchandise marked "A") Item 688.36 5.3% or 5.1% (merchandise marked "B") | Texas Instruments, Inc. v. U.S., 1 CIT 236 (1981) aff'd, 69 CCPA 136 (1982) | Boston; Charleston; Columbus Solid state timing devices; entirely |

| | | | | Classified | Claimed | Authority | Port / Merchandise |
|---|---|---|---|---|---|---|---|
| P83/271 | Boe, J., September 13, 1988 | Craig Corp. | 81-1-00106 | Item 720.14 37.5¢ each + 16%<br>Item 720.16 75¢ each + 16% | Item 678.50 5%<br>Item 685.21 10.4% | U.S. v. Texas Instruments, No. 81-28 3/25/83 | Los Angeles<br>Integrated circuits |
| P83/272 | Boe, J., September 13, 1988 | E. Gluck Corp. | 81-1-00085 | Item 715.05 Various rates (modules)<br>Item 720.24 or 720.28 Various rates (cases)<br>Item 740.35 Various rates (bands) | Item 688.36 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "A")<br>Item 656.25 25%, 28.1%, 21.3% or 19.4% (merchandise marked "B" plated with gold)<br>Item 657.35 6¢ per lb. + 7.5%, 7.4%, 7% or 6.7% (merchandise marked "B" brass c.v.)<br>Item 657.20 9.5%, 9%, 8.6% or 8.1% (merchandise marked "B" steel c.v.)<br>Item 656.20 16%, 14.9%, 13.9% or 12.8% (merchandise marked "B" coated or plated with palladium) | Agreed statement of facts | New York<br>Electronic LCD watches consisting of modules; modules and cases, etc. (merchandise marked "A"); cases and bands (merchandise marked "B"); entireties |
| P83/273 | Boe, J., September 13, 1988 | E. Gluck Corp. | 81-1-00067 | Item 715.05 Various rates (modules)<br>Item 720.24 or 720.28 Various rates (cases)<br>Item 740.35 Various rates (bands) | Item 688.36 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "A")<br>Item 656.25 25%, 28.1%, 21.3% or 19.4% (merchandise marked "B" plated with gold)<br>Item 657.35 6¢ per lb. + 7.5%, 7.4%, 7% or 6.7% (merchandise marked "B" brass c.v.) | Agreed statement of facts | New York<br>Electronic LCD watches consisting of modules; modules and cases, etc. (merchandise marked "A"); cases and bands (merchandise marked "B"); entireties |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/274 | Boe, J. September 13, 1983 | E. Gluck Corp. | 81-5-00533 | Item 715.05 Various rates (modules) Item 720.24 or 720.28 Various rates (cases) Item 740.35 Various rates (bands) | Item 657.20 9.5%, 9%, 8.6% or 8.1% (merchandise marked "B" steel c.v.) Item 656.20 16%, 14.9%, 13.9% or 12.8% (merchandise marked "B" coated or plated with palladium) Item 688.36 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "A") Item 656.25 25%, 23.1%, 21.3% or 19.4% (merchandise marked "B" plated with gold) Item 657.35 6¢ per lb. + 7.5%, 7.4%, 7% or 6.7% (merchandise marked "B" brass c.v.) Item 657.20 9.5%, 9%, 8.6% or 8.1% (merchandise marked "B" steel c.v.) Item 656.20 16%, 14.9%, 13.9% or 12.8% (merchandise marked "B" coated or plated with palladium) | Agreed statement of facts | New York Electronic LCD watches consisting of modules; modules and cases, etc. (merchandise marked "A"); cases and bands (merchandise marked "B"); entireties |

| | | | | | | Agreed statement of facts | |
|---|---|---|---|---|---|---|---|
| P88/275 | Boe, J. September 13, 1988 | E. Gluck Corp. | 81-8-01098 | Item 715.05 Various rates (modules) Item 720.24 or 720.28 Various rates (cases) Item 740.35 Various rates (bands) | Item 688.36 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "A") Item 656.25 25%, 23.1%, 21.3% or 19.4% (merchandise marked "B" plated with gold) Item 657.35 6¢ per lb. + 7.5%, 7.4%, 7% or 6.7% (merchandise marked "B" brass c.v.) Item 657.20 9.5%, 9%, 8.6% or 8.1% (merchandise marked "B" steel c.v.) Item 656.20 16%, 14.9%, 13.9% or 12.8% (merchandise marked "B" coated or plated with palladium) | | New York Electronic LCD watches consisting of modules; modules and cases, etc. (merchandise marked "A"); cases and bands (merchandise marked "B"); entireties |
| P88/276 | Boe, J. September 13, 1988 | Fortune Star Products Corp. | 81-7-00968 | Item 716.18 67¢ each | Item 685.24 9.9% | Texas Instruments, Inc. v. U.S., 1 CIT 236 (1981) aff'd, 69 CCPA 136 (1982) | New York LCD movement of certain LCD travel radios |
| P88/277 | Boe, J. September 13, 1988 | Litronix, Inc. | 81-9-01420 | Item 716.15 Various rates (merchandise marked "A") Item 720.40 1¢ each + 19.1% (merchandise marked "B") | Item 688.36 5.5% Item 685.70 4% | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) (merchandise marked "A") U.S. v. Texas Instruments, Inc., C.A.D. 1243 (merchandise marked "B") | San Francisco Watch modules (merchandise marked "A"); watch displays (merchandise marked "B") |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/278 | Boe, J. September 18, 1988 | Magnavox Consumer Electronic Co. | 81-6-00745 | Merchandise classified as combination articles with constructively separated clock movements classified under item 720.14 (merchandise marked "A") and item 720.18 (merchandise marked "B") and assessed with duty at various rates | Item 685.24 9.9% (merchandise marked "A") Item 685.40 5.5% (merchandise marked "B") Dutiable upon basis of export value; said value equal to sum of appraised values of radio receivers, tape recorders, and timepiece portions | Texas Instruments, Inc. v. U.S., 1 CIT 236, aff'd, 69 CCPA 136 (1982) | Los Angeles Solid state timing devices; entirety with article in which incorporated (merchandise marked "A" and "B") |
| P83/279 | Boe, J. September 18, 1988 | Sears, Roebuck and Co. | 81-9-01270 | Item 720.1605 14.8% | Item 676.20 4.8% | U.S. v. Texas Instruments Inc., 69 CCPA 136 (1982) | New Orleans "Time of day" portion of calculators |
| P83/280 | Boe, J. September 18, 1988 | Sears, Roebuck and Co. | 81-9-01271 | Item 720.14 14.8% | Item 1684.25 4% | U.S. v. Texas Instruments Inc., 69 CCPA 136 (1982) | Seattle "Time of day" portion of microwave ovens |
| P83/281 | Boe, J. September 18, 1988 | Siliconix, Inc. | 80-9-01419 | Item 720.75 22.5% | Item 687.60 6% | U.S. v. Texas Instruments, C.A.D. 1244 | San Francisco Watch assemblies |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P88/282 | Boe, J. September 18, 1988 | White Swan Uniforms, Inc. | 80-12-00095 | Items 382.04, 382.78 or 382.81 without allowance under item 807.00 | Item 807.00 and 382.04, 382.78 or 382.81 Various rates with cost or value of components deducted by Customs Service on liquidation and less cost or value, as set forth on "Constructed Value Statements" and print-out of "tucked" fabric values of "tucked" and/or "buttonholed" textile fabric panels of imported garments | White Swan Uniforms, Inc. v. U.S., Abs. P82/ 137 (1982) | Miami Women's wearing apparel |
| P88/283 | Boe, J. September 18, 1983 | White Swan Uniforms, Inc. | 80-12-00096 | Items 382.04, 382.81 without allowance under item 807.00 | Item 807.00 and 382.04, 382.78 or 382.81 Various rates with cost or value of components deducted by Customs Service on liquidation and less cost or value, as set forth on "Constructed Value Statements" and print-out of "tucked" fabric values of "tucked" and/or "buttonholed" textile fabric panels of imported garments | White Swan Uniforms, Inc. v. U.S., Abs. P82/ 137 (1982) | Miami Women's wearing apparel |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/284 | Boe, J. September 13, 1988 | White Swan Uniforms, Inc. | 80-12-00097 | Items 382.04, 382.78 or 382.81 without allowance under item 807.00 | Item 807.00 and 382.04, 382.78 or 382.81 Various rates with cost or value of components deducted by Customs Service on liquidation and less cost or value, as set forth on "Constructed Value Statements" and print-out of "tucked" fabric values of "tucked" and/or "buttonholed" textile fabric panels of imported garments | White Swan Uniforms, Inc. v. U.S., Abs. P82/137 (1982) | Miami Women's wearing apparel |
| P83/285 | Landis, J. September 20, 1988 | Uniroyal, Inc. | 81-9-01329 | Items 680.12 or 680.15 5.5% | Item 680.11 Free of duty | Uniroyal, Inc. v. U.S. | New York Shoe machinery molds |
| P83/286 | Neuman, J. September 21, 1988 | Siemens Corp. | 72-5-01093 | Not stated | Item 685.90 8.5% refund of duties overpaid in the amount of $3,494.40 | Agreed statement of facts | New York SVP-Tubes Entry No. 459592 |
| P83/287 (See P84/304 for amendment) | Boe, J. September 21, 1988 | Sears, Roebuck and Co. | 81-10-01872 | Various TSUS numbers as set forth on schedule attached to decision | Items 678.5052, 684.25, 684.30, 685.24, 685.4052, 687.58, and 687.60 Various rates | U.S. v. Texas Instruments Inc., 69 CCPA 136 (1982) | Los Angeles; Seattle "Time of day" portion of radio tape players, microwave ovens, video cassette recorders and analog clock radios |
| P83/288 | Ford, J. September 22, 1988 | Far Eastern Markets, Inc. | 74-9-02350 | Item 653.37 9.5% | Item 653.35 5% | Morris Friedman & Co. v. U.S. (C.D. 4570), aff'd, C.A.D. 1157 | New York Brass candlesticks |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P83/289 | Boe, J. September 23, 1983 | Craig Corp. | 81-9-01174 | Not stated | Item 678.50 5% or 4.8% Item 685.21 10.4% | U.S. v. Texas Instruments Inc., 69 CCPA 136 (1982) | Los Angeles Stereo cassette players with preset AM/FM/MPX receiver and digital clock, etc.; entireties |
| P83/290 | Watson, J. September 29, 1988 | Camel Manufacturing Co. | 81-4-00398 | Item 389.62 25¢ per lb. + 15% | Item A386.09 Free of duty | Agreed statement of facts | New Orleans (Knoxville) Tents |
| P83/291 | Watson, J. September 29, 1988 | Camel Manufacturing Co. | 81-9-01275 | Item 389.62 25¢ per lb. + 15% | Item A386.09 Free of duty | Agreed statement of facts | New Orleans (Knoxville) Tents |
| P83/292 | Watson, J. September 29, 1988 | Federal Transistor Co, Inc. | 81-9-01266 | Item 678.50 5% Item 720.16 16% + 75¢ each | Item 678.50 5% | Agreed statement of facts | Los Angeles AM/FM/TV band solid-state digital radio/8-track player combinations incorporating ti-medipping devices with LED displays |
| P83/293 | Boe, J. September 29, 1988 | General Time Corp. | 78-12-02156, etc. | Item 720.02, 720.14 or 720.18 Various rates | Item 688.36 5.5% or 5.3% | Agreed statement of facts | Savannah LED clock modules with or without other words of description |
| P83/294 | Boe, J. September 29, 1988 | Lloyd's Electronics, Int'l. | 81-6-00741 | Item 720.34 13.5% Item 720.02 37¢ each | Item 688.36 5.5% | Agreed statement of facts | New York Solid-state digital time-keeping devices with LED displays |
| P83/295 | Boe, J. September 29, 1988 | Timex Corp. | 82-3-00294 | Not stated | Item 688.36 5.5% or 5.3% | Agreed statement of facts | Boston (Bridgeport) Solid-state electronic watches, clocks, or modules |
| P83/296 | Ford, J. October 5, 1988 | Berkshire Handkerchief Co., | 81-9-01294 | Item 389.62 15% + 25¢ per lb. | Item 706.24 20% | J. E. Mamiye & Sons, Inc. v. U.S. (C.D. 4878) | New York Ladies' tote bags, hand-bags |
| P83/297 | Ford, J. October 5, 1988 | Solid State Products Corp. | 80-7-01184 | Item 389.62 15% + 25¢ per lb. | Item 706.24 20% | J. E. Mamiye & Sons, Inc. v. U.S. (C.D. 4878) | New York Ladies' tote bags |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/298 | Ford, J. October 5, 1988 | Solid State Products Corp. | 82-3-00304 | Item 389.62 15% + 25¢ per lb. | Item 706.24 20% | J. E. Mamiye & Sons, Inc. v. U.S. (C.D. 4878) | New York Ladies' tote bags |
| P83/299 | Watson, J. October 5, 1988 | Edison Brothers Stores Inc. | 83-3-00364 | Item 700.95 12.5% | Item 700.56 6% | Agreed statement of facts | Los Angeles Women's sandal footwear |
| P83/300 | Watson, J. October 5, 1988 | Olympia Sports Co., Inc. | 81-6-00784 | Item 705.85 15% | Item A735.05 Free of duty | Agreed statement of facts | New York Men's sports gloves and mittens |
| P83/301 | Boe, J. October 5, 1988 | A & A International Inc. | 82-9-01347 | Items 716.18, 720.02, 720.28, etc. Various rates ("watch or clock movements") Item 740.35 32.4% or 29.8% ("watchbands") | Item A676.20 Free of duty (merchandise marked "A") Item 688.36 5.3% (merchandise marked "B") | Texas Instruments, Inc. v. U.S., 1 CIT 236 (1981), aff'd, 69 CCPA 136 (1982) | Dallas/Ft. Worth Solid state timing devices |
| P83/302 | Boe, J. October 5, 1988 | Arrow Trading Co., Inc. | 82-1-00010 | Item 720.02 35¢ each (clock movements assembled, etc.) Item 715.29 34¢ each + 14.8% | Item 685.24 9.9% or 9.3% | Texas Instruments, Inc. v. U.S., 1 CIT 236 (1981), aff'd, 69 CCPA 136 (1982) | New York Clock portion of LCD clocks with radios |
| P83/308 | Boe J. October 5, 1988 | Bradley Time | 82-11-01610 | Item 716.18 38¢ each ("watch or clock movements") Item 720.18 9.8% + $.048 ("watch cases") | Item 688.36 5.3% | Texas Instruments, Inc. v. U.S., 1 CIT 236 (1981), aff'd, 69 CCPA 136 (1982) | New York Solid state electronic watch modules, solid state electronic watches, and other solid state electronic timing devices; entirely |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P83/304 (amends abstract P83/287) | Boe, J. October 6, 1983 | Sears, Roebuck and Co. | 81-10-01372 | Not stated | Items 678.5052, 687.60, 684.25, etc. Various rates | Agreed statement of facts | Los Angeles; Seattle "Time of day" portion of radio tape players, microwave ovens, video cassette recorders, and analog clock radios except models 2300 and 2301 |
| P83/305 | Boe, J. October 13, 1983 | E. Gluck Corp. | 81-2-00124 | Item 715.05 (716.14/716.18) Various rates (modules) Item 720.24 or 720.28 Various rates (cases) Item 740.35 Various rates (bands) | Item 688.36 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "A") Item 656.25 25%, 23.1%, 21.3% or 19.4% (merchandise marked "B" plated with gold) Item 657.35 6¢ per lb. + 7.5%, 7.4%, 7% or 6.7% (merchandise marked "B" brass c.v.) Item 657.20 9.5%, 9%, 8.6% or 8.1% (merchandise marked "B" steel c.v.) Item 656.20 16%, 14.9%, 13.9% or 12.8% (merchandise marked "B" coated or plated with palladium) | Agreed statement of facts | New York Electronic LCD watches consisting of modules; modules and cases etc. (merchandise marked "A"); cases and bands (merchandise marked "B"); entireties |
| P83/306 | Boe, J. October 13, 1983 | E. Gluck Corp. | 81-8-01081 | Item 715.05 (716.14/716.18) Various rates (modules) Item 720.24 or 720.28 Various rates (cases) Item 740.35 Various rates (bands) | Item 688.36 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "A") Item 656.25 25%, 23.1%, 21.3% or 19.4% (merchandise marked "B" plated with gold) | Agreed statement of facts | New York Electronic LCD watches consisting of modules; modules and cases etc. (merchandise marked "A"); cases and bands (merchandise marked "B"); entireties |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/307 | Re, C.J. October 17, 1988 | A & A International Inc. | 81-6-00797, etc. | Not stated | Item 657.35 .6¢ per lb. + 7.5%, 7.4%, 7% or 6.7% (merchandise marked "B" brass c.v.) Item 657.20 9.5%, 9%, 8.6% or 8.1% (merchandise marked "B" steel c.v.) Item 656.20 16%, 14.9%, 13.9% or 12.8% (merchandise marked "B" coated or plated with palladium) Item A685.70 Free of duty (Cat. No. 60–8008 and those Cat. Nos. 63–3001 and 63–3002 manufactured in Hong Kong) Item 685.70 Appropriate rate of duty (Cat. Nos. 63–3001 and 63–3002 manufactured in China) | A & A International, Inc. v. U.S., Slip Op. 88–42 | Boston Metal detectors |
| P83/308 | Re, C.J. October 17, 1988 | A & A International Inc. | 81-7-00888, etc. | Not stated | Item A685.70 Free of duty (Cat. No. 60–8008 and those Cat. Nos. 63–3001 and 63–3002 manufactured in Hong Kong) | A & A International, Inc. v. U.S., Slip Op. 88–42 | Los Angeles Metal detectors |

| | Judge, Date | Party | Customs No. | Claimed classification | Appropriate rate | Citation | Port / Description |
|---|---|---|---|---|---|---|---|
| P83/309 | Landis, J. October 17, 1983 | BASF Wyandotte Corp. | 88-5-00663 | Item 523.91 6.5% | Item 685.70 Appropriate rate of duty (Cat. Nos. 68-3001 and 63-3002 manufactured in China) Item 423.96 3.1% | Customs Service ruling, 4/19/83 (No. 070956) | New Orleans 08-10 catalyst |
| P83/310 | Landis, J. October 17, 1983 | Lloyd's Electronics Int'l. | 80-10-01580 | Item 676.20 5% Item 720.16 75¢ each. +16% | Item 676.20 5% Item 688.40 5.5% | Agreed statement of facts | Los Angeles Solid-state digital calcula-tor/timekeeping devices with LCD displays |
| P83/311 | Newman, J. October 17, 1983 | Sumitomo Corp. of America | 80-9-01536 | Item 609.86 8.5% + additional duties | Item 609.82 0.1¢ per lb. + 2% + additional duties | Philipp Overseas, Inc. v. U.S. (C.D. 4859), aff'd, C.A.D. 1263 | New Orleans "Stainless steel angles, ASTM A276, T-304, hot rolled, annealed and pickled" |
| P83/312 | Boe, J. October 17, 1983 | Casio, Inc. | 81-8-01106 | Item 716.10 through 716.29 Various rates (merchandise marked "A", "B" (module), "C" (module) and "D" (module)) Items 720.20, 720.24, 720.28 Various rates (merchandise marked "B" (cases) and "D" (cases)) Item 676.20 Not stated (merchandise marked "C" (calculator) and "D" (calculator)) | Item 688.36 5.5%, 5.3% or 5.1% (merchandise marked "A") Item 688.36 5.5%, 5.3% or 5.1% (merchandise marked "B") Item 676.20 5%, 4.8% or 4.7% (merchandise marked "C") Item 688.36 5.5%, 5.3% or 5.1% (merchandise marked "D") | U.S. v. Texas Instruments Inc., 69 CCPA 186 (1982) | New York; Los Angeles; Chicago Electronic watch modules, electronic watches, etc. |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED<br>Item No. and Rate | HELD<br>Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/313 (See P83/376 for amendment) | Boe, J.<br>October 17, 1988 | Leisurecraft Products, Ltd. | 81-8-01121 | Item 715.05 (716.14/716.18) Various rates (modules) Item 720.24 or 720.28 Various rates (cases) Item 740.35 Various rates (bands) | Item 688.36 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "A") Item 656.25 (Merchandise marked "B" plated with gold) Item 657.35 (Merchandise marked "B" brass c.v.) Item 657.25 (Merchandise marked "B" steel c.v.) Various rates or free under GSP upon basis that GSP documents should be waived in accordance with 19 CFR 10.173 | Agreed statement of facts | New York<br>Electronic LCD watches, etc. |
| P83/314 | Boe, J.<br>October 17, 1988 | Magnavox Consumer Electronics Co. | 81-5-00570 | Merchandise classified as combination articles with the constructively separated clock movements classified under items 715.15, 716.18, 720.02, 720.14 or 720.16 at various rates (merchandise marked "A") | Item 685.24 10.4% or 9.9% (merchandise marked "A") Item 685.40 5.5% (merchandise marked "B") | Texas Instruments, Inc. v. U.S., 1 CIT 236 (1981), aff'd, 69 CCPA 136 (1982) | Los Angeles<br>AM/FM radios with clock (merchandise marked "A"); video cassette recorders (merchandise marked "B"); entireties |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P83/315 | Boe, J. October 17, 1983 | Magnavox Consumer Electronic Co. | 81-7-00946, etc. | Merchandise classified as combination articles with the constructively separated clock movements classified under items 715.68 or 720.18 at various rates (merchandise marked "B")<br><br>Merchandise classified as combination articles with the constructively separated clock movements classified under items 715.15, 716.18, 720.02, 720.14 or 720.16 at various rates (merchandise marked "A")<br><br>Merchandise classified as combination articles with the constructively separated clock movements classified under items 715.68 or 720.18 at various rates (merchandise marked "B") | Item 685.24 10.4% or 9.9% (merchandise marked "A")<br>Item 685.40 5.5% (merchandise marked "B") | Texas Instruments, Inc. v. U.S., 1 CIT 236 (1981), aff'd, 69 CCPA 136 (1982) | Los Angeles AM/FM radios with clock marked "A"; video cassette recorders (merchandise marked "B"); entireties |
| P83/316 | Boe, J. October 17, 1983 | The Ratek Corp. | 82-8-01106 | Item 716.18 .59¢ each | Item 688.36 5.1% | Texas Instruments, Inc. v. U.S., 1 CIT 236 (1981), aff'd, 69 CCPA 136 (1982) | Philadelphia L.E.D. modules |
| P83/317 | Boe, J. October 18, 1983 | Jet Sonic Corp. | 82-2-00215 | Item 716.10 or 716.18 Various rates (modules) | Item 688.36 5.5%, 5.3%, 5.1% or 4.9%<br>Item 720.24 or 720.28 Various rates (cases)<br>Item 740.30, 740.34 or 740.35 Various rates (chains)<br>Item 774.55 or 791.54 Various rates (straps) | Texas Instruments Inc. v, U.S., 1 CIT 236 (1981), aff'd, 69 CCPA 136 (1982) | New York Solid state electronic digital watches; entireties |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/318 | Boe, J. October 18, 1983 | RCA Corp. | 81-1-00078S | Item 685.20 5% Item 720.18 $1.125 each + 16% (digital clock/timer) | Item 685.20 5% | Texas Instruments Inc. v. U.S., 1 CIT 236 (1981), aff'd, 69 CCPA 136 (1982) | Chicago Portable video cassette recorder tuner/timer modules which contain digital clock/timers |
| P83/319 | Ford, J. October 20, 1983 | A. D. Sutton & Sons, Inc. | 77-12-04992 | Item 706.60 20% | Item 774.60 8.5% | Agreed statement of facts | New York Tote bags |
| P83/320 | Ford, J. October 20, 1983 | Kores Manufacturing Corp. | 81-10-01380, etc. | Not stated | Item 676.52 Various rates | Kores Manufacturing Corp. v. U.S., 3 CIT 178 (1982) | San Francisco Plastic film ribbons multi-strike, etc. |
| P83/321 | Ford, J. October 20, 1983 | Kores Manufacturing Corp. | 82-4-00510 | Not stated | Item 676.52 Various rates | Kores Manufacturing Corp. v. U.S., 3 CIT 178 (1982) | San Juan Plastic film ribbons multi-strike, etc. |
| P83/322 | Ford, J. October 20, 1983 | Majestic Penn State, Inc. | 80-7-01191 | Item 386.09 25% | Item 706.23 6.5% | J. E. Mamiye & Sons, Inc. v. U.S. (C.D. 4878), aff'd, No. 81-6, 7/23/82 | Philadelphia Ladies' tote bags |
| P83/323 | Re, J. October 24, 1983 | A & A International Inc. | 81-11-01559, etc. | Not stated | Item A685.70 Free of duty (Cat. No. 60-3008 and Cat. Nos. 63-3001 and 63-3002 manufactured in Hong Kong) Item 685.70 Various rates (Cat. Nos. 63-3001 and 63-3002 manufactured in China) | A & A International, Inc. v. U.S., Slip Op. 88-42, 5/10/88 | Portland; Charleston; Boston; Dallas/Ft. Worth; Columbus; Seattle Metal detectors |
| P83/324 | Landis, J. October 24, 1983 | F. W. Myers & Co., Inc. | 80-10-01628 | Item 629.6500 9% | Items 629.60/911.12 Free of duty | Agreed statement of facts | Ogdensburg Zirconium |

| No. | Judge/Date | Plaintiff | Protest No. | Classified | Claimed | Basis | Port / Merchandise |
|---|---|---|---|---|---|---|---|
| P83/325 | Landis, J. October 24, 1988 | Nadel Trading Corp. | 78-7-01329, etc. | Item 774.60 8.5% | Item A772.15 Free of duty pursuant to GSP | Agreed statement of facts | New York — Plastic noddable flowers and vase |
| P83/326 | Landis, J. October 24, 1988 | Nadel Trading Corp. | 83-4-00546 | Item 774.45 8.5% | Item A772.15 Free of duty pursuant to GSP | Agreed statement of facts | New York — Plastic noddable flowers and vase |
| P83/327 | Landis, J. October 24, 1988 | Panasonic Co. | 82-1-00114, etc. | Not stated | Items 676.20, 684.30 684.25, 685.40, etc. Various rates | Judgment on the pleadings | Tacoma (Seattle); Seattle; New York — Pocket calculator with timer device, etc. |
| P83/328 | Ford, J. October 25, 1988 | Kores Manufacturing Corp. | 79-11-01720 | Not stated | Item 676.52 Various rates | Kores Manufacturing Corp. v. U.S., 3 CIT 178 (1982), aff'd, No. 82-33, 7/23/83 | San Francisco — Plastic film ribbons multi-strike, etc. |
| P83/329 | Ford, J. October 25, 1988 | Kores Manufacturing Corp. | 80-10-01699 | Not stated | Item 676.52 Various rates | Kores Manufacturing Corp. v. U.S., 3 CIT 178 (1982), aff'd, No. 82-33, 7/23/83 | New York — Plastic film ribbons multi-strike, etc. |
| P83/330 | Ford, J. October 25, 1988 | Kores Manufacturing Corp. | 81-8-01000, etc. | Not stated | Item 676.52 Various rates | Kores Manufacturing Corp. v. U.S., 3 CIT 178 (1982), aff'd, No. 82-33, 7/23/83 | San Juan — Plastic film ribbons multi-strike, etc. |
| P83/331 | Ford, J. October 25, 1988 | Kores Manufacturing Corp. | 81-9-01210, etc. | Not stated | Item 676.52 Various rates | Kores Manufacturing Corp. v. U.S., 3 CIT 178 (1982), aff'd, No. 82-33, 7/23/83 | Boston — Plastic film ribbons multi-strike, etc. |
| P83/332 | Ford, J. October 25, 1988 | Kores Manufacturing Corp. | 81-9-01214, etc. | Not stated | Item 676.52 Various rates | Kores Manufacturing Corp. v. U.S., 3 CIT 178 (1982), aff'd, No. 82-33, 7/23/83 | Boston — Plastic film ribbons multi-strike, etc. |
| P83/333 | Ford, J. October 25, 1988 | Kores Manufacturing Corp. | 82-11-01507 | Not stated | Item 676.52 Various rates | Kores Manufacturing Corp. v. U.S., 3 CIT 178 (1982), aff'd, No. 82-33, 7/23/83 | San Juan — Plastic film ribbons multi-strike, etc. |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/384 | Ford, J. October 25, 1983 | Kores Manufacturing Corp. | 82-12-01775 | Not stated | Item 676.52 Various rates | Kores Manufacturing Corp. v. U.S., 3 CIT 178 (1982), aff'd, No. 82-33, 7/23/83 | Charleston Plastic film ribbons multi-strike, etc. |
| P83/385 | Boe, J. October 25, 1983 | Leisurecraft Products, Ltd. | 81-5-00615 | Item 715.05 Various rates (modules) Item 720.24 or 720.28 Various rates (cases) Item 740.35 Various rates (bands) | Item 688.36 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "A") Item 656.25 25%, 23.1%, 21.3%, 19.4% (merchandise marked "B" plated with gold) Item 657.35 .6¢ per lb. +7.5%, 7.4%, 7% or 6.7% (merchandise marked "B" brass c.v.) Item 657.20 9.5%, 9%, 8.6% or 8.1% (merchandise marked "B" steel c.v.) Item 656.20 16%, 14.9%, 13.9% or 12.8% (merchandise marked "B" coated or plated with palladium) | Agreed statement of facts | New York Electronic LCD watches consisting of modules; modules and cases, etc. (merchandise marked "A"); cases and bands (merchandise marked "B"); entireties |
| P83/386 | Ford, J. October 27, 1983 | Robert D. Lewis Corp. | 82-1-00082 | Item 389.62 15%+25¢ per lb. Dutiable on basis of export value at various invoiced unit prices plus 50%, packed | Item 706.24 20% Dutiable on basis of export value at invoiced unit values, net packed | U.S. v. J. E. Mamiye & Sons, No. 81-6 aff'd 11/19/81 | Newark (New York) Styles 1712, 6433, 6433P, 1066, 1132 and 1133 |
| P83/387 | Landis, J. October 27, 1983 | Matsushita Industrial Co. | 82-6-00862 | Item 685.90 Not stated | Item 685.19 Not stated | Judgment on the pleadings | Chicago Not stated |

| | | | | | | |
|---|---|---|---|---|---|---|
| P83/388 | Boe, J. October 27, 1988 | Leisurecraft Products, Ltd. | 81-3-00266 | Item 715.05 Various rates (modules) Item 720.24 or 720.28 Various rates (cases) Item 740.35 Various rates (bands) | Item 688.36 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "A") Item 656.25 25%, 23.1%, 21.3%, 19.4% (merchandise marked "B" plated with gold) Item 657.35 .6¢ per lb. + 7.5%, 7.4%, 7% or 6.7% (merchandise marked "B" brass) Item 657.20 9.5%, 9%, 8.6% or 8.1% (merchandise marked "B" steel) Item 656.20 16%, 14.9%, 13.9% or 12.8% (merchandise marked "B" coated or plated with palladium) | Agreed statement of facts | New York Electronic LCD watches consisting of modules; modules and cases, etc. (merchandise marked "A"); cases and bands (merchandise marked "B"); entireties |
| P83/339 | Rao, J. November 4, 1988 | Audiovox Corp. | 82-7-00967 | Item 685.29 6% | Item 685.29 Free of duty pursuant to GSP | Agreed statement of facts | New York Converters |
| P83/340 | Rao, J. November 4, 1988 | Instyle Imports Ltd. | 82-8-01110 | Item 382.04 42.5% | Item 382.81 25¢ per lb. + 27.5% | Agreed statement of facts | New York Ladies' raincoats "style No. 2473" |
| P83/341 | Rao, J. November 4, 1988 | Matos, Felix L. | 80-10-01675 | Item 640.10 5% | Item 640.10 Free of duty pursuant to GSP | Agreed statement of facts | San Juan Metal pressure containers |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/342 | Landis, J. November 4, 1983 | Cleveland Street Togs | 80-6-00987, etc. | Under item 807.00 at rate of duty applicable to item 382.33, 382.81 or 380.84 with allowance given to cost or value of some of the fabric components, the product of the U.S. and utilized in assembling the imported merchandise; no allowance made for fabric components, the product of U.S. subjected to buttonhole and/or pocket slit operations during assembly of imported garments | Components subjected to buttonhole and/or pocket slit operations during the assembly process are properly classifiable under item 807.00 and entitled to duty allowance | U.S. v. Mast Industries, Inc. No. 81-18 aff'd 12/30/81 | New York American goods returned; articles of wearing apparel assembled abroad in part of U.S. fabricated components |
| P83/343 | Landis, J. November 4, 1983 | North American Foreign Trading Corp. | 82-4-00537 | Item 676.20 4.7% (calculator portion) Item 716.18 59¢ each | Item 676.20 4.7% | Agreed statement of facts | New York LCD travel alarm with calculator models B6930 and B6931 |

| P83/344 | Landis, J. November 4, 1983 | Sara International Inc. | 81-7-00850 | Item 807.00/382.8137 Dutiable values less cost or value of U.S. products, excluding components subjected to buttonholing or similar operations Merchandise appraised on basis of constructed value | Item 807.00/382.8137 Dutiable values represented by entered values, $19.2262/dozen (style No. 4612), $15.5649/dozen (style No. 4512), $18.0047/dozen (style No. 4613), $15.6070/dozen (style No. 4514), $17.3385/dozen (style No. 4511) less cost or value of U.S. products, including components subjected to buttonholing or similar operation | Agreed statement of facts | Miami Ladies' blouses |
| P83/345 | Watson, J. November 4, 1983 | Canadian General-Tower, Ltd. | 81-12-01761, etc. | Item 355.65 8% Item 355.85 7.4% | Item 771.43 5.8%, 5.6%, 5.3% or 5.1% | Agreed statement of facts | Buffalo Vinyl wall coverings |
| P83/346 | Rao, J. November 7, 1983 | Leisurecraft Products, Ltd. | 82-3-00321 | Item 715.05 Various rates (modules) Items 720.24 or 720.28 Various rates (cases) Item 740.35 Various rates (bands) | Item 688.36 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "A") Item 656.25 25%, 23.1%, 21.3% or 19.4% (merchandise marked "B" plated with gold) Item 657.35 6¢ per lb. + 7.5%, 7.4%, 7% or 6.7% (merchandise marked "B" brass) Item 657.20 9.5%, 9%, 8.6% or 8.1% (merchandise marked "B" steel) | Agreed statement of facts | New York Electronic LCD watches consisting of modules; modules and cases, etc. (merchandise marked "A"); cases and bands (merchandise marked "B"); entireties |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/347 | Rao, J. November, 1983 | Leisurecraft Products, Ltd. | 82-3-00409 | Item 715.05 Various rates (modules) Item 720.24 or 720.28 Various rates (cases) Item 740.35 Various rates (bands) | Item 656.20 16%, 14.9%, 13.9% or 12.8% (merchandise marked "B" coated or plated with palladium) Item 688.36 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "A") Item 656.25 25%, 28.1%, 21.3% or 19.4% (merchandise marked "B") plated with gold) Item 657.35 6¢ per lb. + 7.5%, 7.4%, 7% or 6.7% (merchandise marked "B" brass) Item 657.20 9.5%, 9%, 8.6% or 8.1% (merchandise marked "B" steel) Item 656.20 16%, 14.9%, 13.9% or 12.8% (merchandise marked "B" coated or plated with palladium) | Agreed statement of facts | New York Electronic LCD watches consisting of modules; modules and cases, etc. (merchandise marked "A"); cases and bands marked merchandise "B"); entireties |
| P83/348 | Newman, J. November 7, 1983 | Federal Pacific Electric Co. | 79-9-01470 | Item 682.05 12.5% | Item 682.07 6% | Federal Pacific Electric Co. v. U.S., Abstract P83/226, 7/25/83 | Buffalo Sensing transformers |
| P83/349 | Newman, J. November 7, 1983 | Federal Pacific Electric Co. | 82-3-00350 | Item 682.50 11% | Item 682.07 5.1% | Federal Pacific Electric Co. v. U.S., Abstract P83/226, 7/25/83 | Detroit Sensing transformers |

| | | | | | | |
|---|---|---|---|---|---|---|
| P83/350 | Newman, J. November 7, 1983 | Glasgow, Estelle V. | 73-2-00415 | Item 725.50 9.5% | Item 766.25 Free of duty | Agreed statement of facts | New York Music boxes |
| P83/351 | Boe, J. November 7, 1983 | Jet Sonic Corp. | 81-4-00444 | Item 716.10 or 716.18 Various rates (modules) | Item 688.36 5.3% Item 720.24 or 720.28 Various rates (cases) Item 740.30 or 740.34 or 740.35, Various rates (band) Item 740.30 or 740.38 Various rates (chains) Item 774.55 or 791.54 Various rates (straps) | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | New York Solid state electronic digital watches entireties |
| P83/352 | Boe, J. November 7, 1983 | Jet Sonic Corp. | 81-4-00446 | Item 716.10 or 716.18 Various rates (modules) | Item 688.36 5.3% Item 720.24 or 720.28 Various rates (cases) Item 740.30 or 740.34 or 740.35 Various rates (bands) Item 740.30 or 740.38 Various rates (chains) Item 774.55 or 791.54 Various rates (straps) | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | New York Solid state electronic digital watches entireties |
| P83/353 | Boe, J. November 7, 1983 | May Dept. Stores Int'l, Inc. | 81-10-01461 | Item 720.16 69¢ each + 14.8% | Item 685.24 9.9% | Texas Instruments, Inc. v. U.S., 1 CIT 236 (1981), aff'd, 69 CCPA 136 (1982) | Los Angeles Clock portion of LED clock radios |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/354 | Boe, J. November 7, 1983 | RCA Corp. | 81-5-00608, etc. | Item 685.20 5% (module) Item 685.19 4.8% (module) Item 685.40 5.5% (module) Item 720.18 $1.125 each + 16% (digital clock/timer) Item 715.23 $1.12 each + 17.5% (digital clock/timer) | IItem 685.19 4.8% Item 685.20 5% | Texas Instruments, Inc. v. U.S., 1 CIT 236 (1981), aff'd, 69 CCPA 136 (1982) | Los Angeles Portable VCR tuner/ timer module |
| P83/355 | Watson, J. November 8, 1983 | Canadian General-Tower, Ltd. | 82-5-00679, etc. | Item 355.65 or 355.85 8.5%, 8% or 7.4% | Item 771.43 5.8%, 5.6%, 5.3% or 5.1% | Agreed statement of facts | Detroit; Port Huron Vinyl wall coverings |
| P83/356 | Watson, J. November 8, 1983 | Canadian General-Tower, Ltd. | 88-7-01021 | Item 355.65 or 355.85 8.5%, 8% or 7.4% | Item 771.43 5.8%, 5.6%, 5.3% or 5.1% | Agreed statement of facts | Buffalo Vinyl wall coverings |
| P83/357 | Boe, J. November 8, 1983 | Jet Sonic Watch Corp. | 81-4-00442 | Item 716.10 or 716.18 Various rates (modules) | Item 688.36 5.3% Item 720.24 or 720.28 Various rates (cases) Item 740.30 or 740.34 or 740.35 Various rates (bands) Item 740.30 or 740.38 Various rates (chains) Item 774.55 or 791.54 Various rates (straps) | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | New York Solid state electronic digital watches; entireties |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P83/358 | Boe, J.<br>November 9,<br>1988 | Jet Sonic Watch Corp. | 81-4-00429 | Item 716.10 or<br>716.18<br>Various rates<br>(modules) | Item 688.36<br>5.3%<br>Item 720.24 or<br>720.28<br>Various rates (cases)<br>Item 740.30 or<br>740.34 or 740.35<br>Various rates (bands)<br>Item 740.30 or<br>740.38<br>Various rates (chains)<br>Item 774.55 or 791.54<br>Various rates (straps) | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | New York<br>Solid state electronic digital watches; entireties |
| P83/359 | Rao, J.<br>November 10,<br>1988 | Cleveland Street Togs | 80-2-00301 | Under item 807.00 at rate of duty applicable to item 382.33, 382.81 or 380.04 with allowance given to cost or value of some of the fabric components, the product of the U.S. and utilized in assembling the imported merchandise; no allowance made for fabric components, the product of U.S. subjected to buttonhole and/or pocket slit operations during assembly of imported garments | Components subjected to buttonhole and/or pocket slit operations during the assembly process are properly classifiable under item 807.00 and entitled to duty allowance | U.S. v. Mast Industries, Inc. No. 81–18, aff'd 12/30/81 | Miami<br>American goods returned; articles of wearing apparel assembled abroad in part of U.S. fabricated components |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/360 | Rao, J. November 10, 1983 | Interamerican Assemblies Inc. | 80-2-00300 | Under item 807.00 at rate of duty applicable to item 382.33, 382.81 or 380.84 with allowance given to cost or value of some of the fabric components, the product of the U.S. and utilized in assembling the imported merchandise; no allowance made for fabric components, the product of U.S. subjected to buttonhole and/or pocket slit operations during assembly of imported garments | Components subject to buttonhole and/or pocket slit operations during the assembly process are properly classifiable under item 807.00 and entitled to duty allowance | U.S. v. Mast Industries, Inc. No. 81-18, aff'd 12/30/81 | Miami American goods returned; articles of wearing apparel assembled abroad in part of U.S. fabricated components |
| P83/361 | Rao, J. November 10, 1983 | Ozen Sound Devices, Inc. | 80-10-01815, etc. | Item 737.90 16.2% Item 737.95 17.5% | Item 685.32 5.3% | Agreed statement of facts | New York Talking mechanisms |
| P83/362 | Boe, J. November 10, 1983 | Sanyo Electric Inc. | 81-5-00481 | Items 716.16, 716.18, 720.16, etc. Various rates ("watch or clock movements") | Item 688.36 5.3% or 5.1% Item 740.35 32.4% or 29.8% ("watchbands") Item 774.55 8.1% ("watchbands") | Texas Instruments, Inc. v. U.S., 1 CIT 236 (1981), aff'd, 69 CCPA 136 (1982) | New York Solid state watches, including watch modules, watchcases and watchbands |
| P83/368 | Watson, J. November 16, 1983 | Harper-Oak Ltd. | 78-8-01407, etc. | Item 807.00 Duty assessed to extent applicable under item 711.84 at rate of 7% | Item 684.30 4% except as to those parts classified under item 807.00 which are properly entitled to duty-free allowance | Harper Wyman Co. v. U.S., 1 CIT 108 (1981) | Chattanooga (New Orleans) Electric thermostats |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P83/364 | Watson, J. November 16, 1983 | Lawrence M. Parry, Jr. | 78-12-02288, etc. | Item 807.00 Duty assessed to extent applicable under item 711.84 at rate of 7% | Item 684.30 4% except as to those parts classified under item 807.00 which are properly entitled to duty-free allowance | Harper Wyman Co. v. U.S., 1 CIT 108 (1981) | Chattanooga (New Orleans) Electric thermostats |
| P83/365 | Rao, J. November 17, 1983 | F. W. Woolworth & Co. | 83-6-00853 | Item 379.23 40.4% | Item 379.89 20¢ per lb. + 32.1% | Agreed statement of facts | Houston Men's or boy's jogging shorts |
| P83/366 | Watson, J. November 17, 1983 | Lawrence M. Parry, Jr. | 78-4-00604 | Item 807.00 Duty assessed to extent applicable under item 711.84 at rate of 7% | Item 684.30 4% except as to those parts that were classified under item 807.00 which are properly entitled to duty-free allowance | Harper Wyman Co. v. U.S., 1 CIT 108 (1981) | Chattanooga (New Orleans) Electric thermostats |
| P83/367 | Boe J. November 17, 1983 | Elbe Products Corp. | 82-8-01195 | Item 359.50 30% + 25¢ per lb. | Item 771.42 6% Item 355.25 15% + 12¢ per lb. Item 355.82 15% + 12.5¢ per lb. Items 355.65, 774.60 and 774.55 8.5% | U.S. v. Elbe Products Corp, C.A.D. 1267 | New York Synthetic leather |
| P83/368 | Rao, J. November 18, 1983 | Susan Gail Handbags, Inc. | 77-8-01460, etc. | Item 656.25 Various rates | Item 745.68 Various rates | Agreed statement of facts | New York Metal handbag hardware articles |
| P83/369 | Ford, J. November 18, 1983 | Uniroyal, Inc. | 80-10-01676, etc. | Items 680.12, 680.15 and 678.35 5.5% | Item 680.11 Free of duty | Converse Rubber v. U.S. (C.D. 4374) | Bridgeport (Boston); New York Shoe machinery molds |
| P83/370 | Newman, J. November 18, 1983 | Mundex Metals Corp. | 78-10-01833 | Item 609.86 8.5% | Item 609.82 .1¢ per lb. + 2% plus additional duties on alloy content | Philipp Overseas, Inc. v. U.S. (C.D. 4859), aff'd, U.S. v. Philipp Overseas, Inc., C.A.D. 1263 | Boston Hot rolled, annealed and pickled stainless steel angles |
| P83/371 | Newman, J. November 18, 1983 | Texas Instruments Inc. | 81-6-00750, etc. | Item 685.90 8.1% or 7.7% | Item 687.58 5.8% Item 687.75 5.6% | U.S. v. Kyocera International, Inc., No. 82-6, 6/24/82 | Dallas-Ft. Worth (Houston); Honolulu Lead frames |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/372 | Rao, J. November 21, 1983 | Niki-Lu Industries, Inc. | 78-10-01819 | Item 807.00 No duty allowance for domestic components which had been subject to buttonhole operation incidental to assembly operation | Item 807.00 Duty allowance for components which had been subject to buttonhole operation | U.S. v. Mast Industries, Inc., No. 81-18, 12/30/81 | Miami Wearing apparel |
| P83/373 | Boe, J. November 21, 1983 | Litronix, Inc. | 81-8-01048 | Item 716.15 or 716.05 75¢ each | Item 688.36 5.5% | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | San Francisco Watch modules |
| P83/374 | Rao, J. November 23, 1983 | Niki-Lu Industries, Inc. | 78-11-01984 | Item 807.00 No duty allowance for domestic components which had been subject to buttonhole operation incidental to assembly operation | Item 807.00 Duty allowance for components which had been subject to buttonhole operation | U.S. v. Mast Industries, Inc., No. 81-18, 12/30/81 | Miami Wearing apparel |
| P83/375 | Boe, J. November 23, 1983 | Litronix, Inc. | 81-3-00241 | Items 716.10 through 716.16 Various rates | Item 688.36 5.5% (modules) Item 685.70 4% (watch displays) | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) (modules) U.S. v. Texas Instruments, Inc., C.A.D. 1243 (watch displays) | San Francisco Watch modules and watch displays |
| P83/376 (amends P83/813) | Boe, J. November 30, 1983 | Leisurecraft Products, Ltd. | 81-8-01121 | Item 715.05 (716. 14/716.18) Various rates (modules) Item 720.24 or 720.28 Various rates (cases) Item 740.35 Various rates (bands) | Item 688.36 5.5%, 5.3%, 5.1% or 4.9% Various rates (merchandise marked "A") Item 656.25 Various rates (merchandise marked "B" plated with gold) Item 657.85 Various rates (merchandise marked "B" brass c.v.) | Agreed statement of facts | New York Electronic LCD watches, etc. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P83/377 | Rao, J. December 1, 1983 | Kenwood Electronics | 81-11-01503 | Item 678.50 4.8% Item 720.18 $1.04 each + 14.8% | Item 657.25 Various rates (merchandise marked "B" steel c.v.) Item 656.20 Various rates (merchandise marked "B" palladium (white) plated cases) Item 678.50 4.8% | Agreed statement of facts | Los Angeles Solid-state digital AM/FM timekeeping radio/cassette combinations with LED displays |
| P83/378 | Rao, J. December 1, 1983 | Williams Clarke Co., Inc. | 78-10-01794 | Item 202.60 8% | Item A202.60 Duty free pursuant to GSP | Agreed statement of facts | Los Angeles Malaysian hardwood laminated flooring |
| P83/379 | Boe, J. December 5, 1983 | Americana Creations | 81-5-00630 | Electronic watch entireties classified under item 715.05 with duty assessed at various rates under item 716.10 or 716.18 (modules); item 720.24 or 720.28 (cases); item 740.30, 740.34 or 740.35 (bands); item 740.30 or 740.38 (chains); item 774.55 or 791.54 (straps) as set forth in schedule "B" | Item 688.36 5.3% | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | New York Solid state electronic digital watches; entireties |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/380 | Boe, J. December 5, 1983 | Centro America Watch | 81-9-01164 | Electronic watch entireties classified under item 715.05 with duty assessed at various rates under item 716.10 or 716.18 (modules); item 720.24 or 720.28 (cases); item 740.30, 740.34 or 740.35 (bands); item 740.30 or 740.38 (chains); item 774.55 or 791.54 (straps) as set forth in schedule "B" | Item 688.36 5.3% | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | New York Solid state electronic digital watches; entireties |
| P83/381 | Boe, J. December 5, 1983 | Jet Sonic Corp. | 82-2-00241 | Electronic watch entireties classified under item 715.05 with duty assessed at various rates under item 716.10 or 716.18 (modules); item 720.24 or 720.28 (cases); item 740.30, 740.34 or 740.35 (bands); item 740.30 or 740.38 (chains); item 774.55 or 791.54 (straps) as set forth in schedule "B" | Item 688.36 5.3% | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | New York Solid state electronic digital watches; entireties |

| P83/382 | Boe, J. December 5, 1983 | Jupiter Time Corp. | 81-8-01057 | Electronic watch entireties classified under item 715.05 with duty assessed at various rates under item 716.10 or 716.18 (modules); item 720.24 or 720.28 (cases); item 740.30, 740.34 or 740.35 (bands); item 740.30 or 740.38 (chains); item 774.55 or 791.54 (straps) as set forth in schedule "B" | Item 688.36 5.3% | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | New York Solid state electronic digital watches; entireties |
| P83/383 | Boe, J. December 5, 1983 | Marcel Watch Corp. | 81-4-00480 | Electronic watch entireties classified under item 715.05 with duty assessed at various rates under item 716.10 or 716.18 (modules); item 720.24 or 720.28 (cases); item 740.30, 740.34 or 740.35 (bands); item 740.30 or 740.38 (chains); item 774.55 or 791.54 (straps) as set forth in schedule "B" | Item 688.36 5.3% | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | New York Solid state electronic digital watches; entireties |
| P83/384 | Boe, J. December 5, 1983 | Marcel Watch Corp. | 81-5-00543 | Electronic watch entireties classified under item 715.05 with duty assessed at various rates under item 716.10 or 716.18 (modules); item 720.24 or 720.28 (cases); item 740.30, 740.34 or 740.35 (bands); item 740.30 or 740.38 (chains); item 774.55 or 791.54 (straps) as set forth in schedule "B" | Item 688.36 5.3% | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | New York Solid state electronic digital watches; entireties |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/385 | Boe, J. December 5, 1983 | Marcel Watch Corp. | 82-2-00243 | Electronic watch entireties classified under item 715.05 with duty assessed at various rates under item 716.10 or 716.18 (modules); item 720.24 or 720.28 (cases); item 740.30, 740.34 or 740.35 (bands); item 740.30 or 740.38 (chains); item 774.55 or 791.54 (straps) as set forth in schedule "B" | Item 688.36 5.3% | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | New York Solid state electronic digital watches; entireties |
| P83/386 | Boe, J. December 5, 1983 | Sanyo Watch Corp. | 81-3-00252 | Electronic watch entireties classified under item 715.05 with duty assessed at various rates under item 716.10 or 716.18 (modules); item 720.24 or 720.28 (cases); item 740.30, 740.34 or 740.35 (bands); item 740.30 or 740.38 (chains); item 774.55 or 791.54 (straps) as set forth in schedule "B" | Item 688.36 5.3% | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | New York Solid state electronic digital watches; entireties |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P83/387 | Boe, J. December 5, 1988 | World Forum Watch Ltd. | 81-5-00667 | Electronic watch entireties classified under item 715.05 with duty assessed at various rates under item 716.10 or 716.18 (modules); item 720.24 or 720.28 (cases); item 740.30, 740.34 or 740.35 (bands); item 740.30 or 740.38 (chains); item 774.55 or 791.54 (straps) as set forth in schedule "B" | Item 688.36 5.3% | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | New York Solid state electronic digital watches; entireties |
| P83/388 | Rao, J. December 6, 1983 | Leisurecraft Products, Ltd. | 82-1-00012 | Item 715.05 Various rates (modules) Item 720.24 or 720.28 Various rates (cases) Item 740.35 Various rates (bands) | Item 688.35 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "A") Item 656.25 25%, 28.1%, 21.3% or 19.4% (merchandise marked "B" plated with gold) Item 657.35 6¢ per lb. + 7.5% 7.4%, 7% or 6.7% (merchandise marked "B" brass c.v.) Item 657.20 9.5%, 9%, 8.6% or 8.1% (merchandise marked "B" steel c.v.) Item 656.20 16%, 14.9%, 13.9% or 12.8% (merchandise marked "B" coated or plated with palladium) | Agreed statement of facts | New York Electronic LCD watches consisting of modules; modules cases, etc. (merchandise marked "A"); cases and bands marked (merchandise marked "B"); entireties |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/389 | Rao, J. December 6, 1988 | North American Foreign Trading Corp. | 82-4-00533 | Item 716.18 67¢ each or 59¢ each Item 720.02 36¢ each Item 720.14 34¢ each + 14.8% or 31¢ each + 13.6% Item 720.16 75¢ each + 16% | Item 676.20 5%, 4.8% or 4.7% (merchandise marked "A") Item A676.20 Free of duty | Agreed statement of facts | New York Clock calculators (merchandise marked "A"); clock calculators imported from Taiwan (merchandise marked "B") |
| P83/390 | Rao, J. December 6, 1988 | North American Foreign Trading Corp. | 82-4-00534 | Item 715.05 or 715.15 Duty on the movements under item 716.16 at rate of 75¢ each; duty on cases under 720.24 at rate of 15% + 20¢ each; duty on bands under item 740.34 at rate of 35% | Item 688.36 5.5% | Agreed statement of facts | New York Electronic watches |
| P83/391 | Rao, J. December 6, 1988 | North American Foreign Trading Corp. | 82-4-00539 | Item 720.34 11.9% (picture frame) Item 716.18 59¢ each (watch movements) | Item 688.36 5.1% | Agreed statement of facts | New York Picture frame desk clocks |
| P83/392 | Newman, J. December 6, 1988 | Federal Pacific Electric Co. | 81-1-00066, etc. | Item 682.05 12.5%, 11.8%, 11%, 10.3% or 9.6% | Item 682.07 6%, 5.6%, 5.1% 4.7% or 4.2% | Federal Pacific Electric Company v. U.S., Abstract P83/226. 7/25/83 | Buffalo-Niagara Falls Series "T", "R", or "RZ" "sensors" |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P83/393 | Boe, J. December 6, 1983 | Centro America Watch | 82-2-00231 | Electronic watch entireties classified under item 715.05 with duty assessed at various rates under item 716.10 or 716.18 (modules); item 720.24 or 720.28 (cases); item 740.30, 740.34 or 740.35 (bands); item 740.30 or 740.38 (chains); item 774.55 or 791.54 (straps) as set forth in schedule "B" | Item 688.36 5.3% | U.S. v. Texas Instruments, Inc, 69 CCPA 186 (1982) | New York Solid state electronic digital watches; entireties |
| P83/394 | Boe, J. December 6, 1983 | Jupiter Time Co. | 82-2-00229 | Electronic watch entireties classified under item 715.05 with duty assessed at various rates under item 716.10 or 716.18 (modules); item 720.24 or 720.28 (cases); item 740.30, 740.34 or 740.35 (bands); item 740.30 or 740.38 (chains); item 774.55 or 791.54 (straps) as set forth in schedule "B" | Item 688.36 5.3% | U.S. v. Texas Instruments, Inc, 69 CCPA 186 (1982) | New York Solid state electronic digital watches; entireties |
| P83/395 | Boe, J. December 6, 1983 | Jupiter Time Co. | 82-2-00238 | Electronic watch entireties classified under item 715.05 with duty assessed at various rates under item 716.10 or 716.18 (modules); item 720.24 or 720.28 (cases); item 740.30, 740.34 or 740.35 (bands); item 740.30 or 740.38 (chains); item 774.55 or 791.54 (straps) as set forth in schedule "B" | Item 688.36 5.3% | U.S. v. Texas Instruments, Inc, 69 CCPA 186 (1982) | New York Solid state electronic digital watches; entireties |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/396 | Boe, J. December 6, 1983 | Marcel Watch Corp. | 82-2-00216 | Electronic watch entireties classified under item 715.05 with duty assessed at various rates under item 716.10 or 716.18 (modules); item 720.24 or 720.28 (cases); item 740.30, 740.34 or 740.35 (bands); item 740.30 or 740.38 (chains); item 774.55 or 791.54 (straps) as set forth in schedule "B" | Item 688.36 5.3% | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | New York Solid state electronic digital watches; entireties |
| P83/397 | Boe, J. December 6, 1983 | Marcel Watch Corp. | 82-2-00230 | Electronic watch entireties classified under item 715.05 with duty assessed at various rates under item 716.10 or 716.18 (modules); item 720.24 or 720.28 (cases); item 740.30, 740.34 or 740.35 (bands); item 740.30 or 740.38 (chains); item 774.55 or 791.54 (straps) as set forth in schedule "B" | Item 688.36 5.3% | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | New York Solid state electronic digital watches; entireties |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P88/398 | Boe, J. December 6, 1983 | Marcel Watch Corp. | 82-2-00239 | Electronic watch entireties classified under item 715.05 with duty assessed at various rates under item 716.10 or 716.18 (modules); item 720.24 or 720.28 (cases); item 740.30, 740.34 or 740.35 (bands); item 740.30 or 740.38 (chains); item 774.55 or 791.54 (straps) as set forth in schedule "B" | Item 688.36 5.3% | U.S. v. Texas Instruments, Inc, 69 CCPA 136 (1982) | New York Solid state electronic digital watches; entireties |
| P88/399 | Boe, J. December 6, 1983 | North American Foreign Trading Corp. | 81-1-00101-S | LCD clocks classified under item 715.15 at duty assessed on the "movements" under 720.02 at rate of 87¢ each or at rate of 67¢ Item 720.34 13.5% or 12.7% (cases) | Item 688.36 5.5% or 5.3% | Agreed statement of facts | New York LCD clocks |
| P88/400 | Boe, J. December 6, 1983 | North American Foreign Trading Corp. | 81-5-00644-S | Item 720.02 36¢ each | Item A676.20 Free of duty | Agreed statement of facts | New York Model LC 465 clock calculators |
| P88/401 | Boe, J. December 6, 1983 | North American Foreign Trading Corp. | 81-9-01157-S | LCD watches classified under item 715.05 with duty assessed on the "movements" under item 716.18 at rate of 67¢ each Item 720.28 9.8% + 4.8% each (cases) Item 720.24 18.9% + 18.5% each (cases) Item 740.35 32.4% (bands) | Item 688.36 5.3% | Agreed statement of facts | New York LCD watches |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED<br>Item No. and Rate | HELD<br>Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/402 | Boe, J.<br>December 6, 1988 | Pinksud Import Export Co. | 81-8-01059 | Electronic watch entireties classified under item 715.05 with duty assessed at various rates under item 716.10 or 716.18 (modules); item 720.24 or 720.28 (cases); item 740.30, 740.34 or 740.35 (bands); item 740.30 or 740.38 (chains); item 774.55 or 791.54 (straps) as set forth in schedule "B" | Item 688.36<br>5.3% | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | New York<br>Solid state electronic digital watches; entireties |
| P83/403 | Boe, J.<br>December 6, 1988 | Pinksud Import Export Co. | 82-2-00232 | Electronic watch entireties classified under item 715.05 with duty assessed at various rates under item 716.10 or 716.18 (modules); item 720.24 or 720.28 (cases); item 740.30, 740.34 or 740.35 (bands); item 740.30 or 740.38 (chains); item 774.55 or 791.54 (straps) as set forth in schedule "B" | Item 688.36<br>5.3% | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | New York<br>Solid state electronic digital watches; entireties |

| | | | | | | |
|---|---|---|---|---|---|---|
| P83/404 | Boe, J. December 6, 1988 | Sanyo Electric Inc. | 81-5-00491 | Items 716.16, 716.18, 720.16, etc. Various rates ("watch or clock movements") Item 740.35 32.4% or 29.8% ("watchbands") Item 720.24 $.185 each + 13.9% ("watchcases") | Item 688.36 5.3% | Texas Instruments, Inc. v. U.S., 1 CIT 236 (1981), aff'd, 69 CCPA 136 (1982) | San Francisco Solid state watches |
| P83/405 | Ford, J. December 8, 1988 | Astra Trading Corp. | 81-8-01092 | Item 389.62 15% + 25¢ per lb. | Item 706.24 20% | J. E. Mamiye & Sons, Inc. v. U.S. (C.D. 4878) | New York Ladies' tote bags |
| P83/406 | Boe, J. December 8, 1988 | Interpur—Div. of Dart Industries; Inc. | 81-10-01445 | Electronic watches classified under item 715.05 at various rates | Item 688.36 5.3% or 5.1% with allowance for U.S. components under item 807.00 (merchandise) marked "A") Item 688.43 5.3% or 5.1% (merchandise marked "B") | Texas Instruments, Inc., v. U.S., C.A.D. 1244, aff'd, 69 CCPA 136 (1982) (merchandise marked "A") U.S. v. Texas Instruments, Inc., No. 81-23, 3/25/82 (merchandise marked "B") | New York Electronic watches and watch parts |
| P83/407 | Boe, J. December 8, 1988 | Wilcox International Corp. | 81-11-01592 | Item 720.16 69¢ each + 14.8% | Item 685.24 9.9% | Texas Instruments, Inc. v. U.S., 1 CIT 236 (1981), aff'd, 69 CCPA 136 (1982), 3/25/82 | New York Solid state clock module incorporated in a clock radio |
| P83/408 | Maletz, S.J. December 8, 1988 | Pharmacia Inc. | 77-8-01692 | Item 799.00 5% (merchandise listed on schedule "B") | Item 437.76 Free of duty (merchandise listed on schedule "B") | Agreed statement of facts | New York Diagnostic kits and components of diagnostic kits |
| P83/409 | Maletz, S.J. December 8, 1988 | Pharmacia Inc. | 80-7-01180 | Item 799.00 5% | Item 437.76 Free of duty | Agreed statement of facts | New York Diagnostic kits and components of diagnostic kits |
| P83/410 | Newman, J. December 15, 1988 | Hunter Douglas, Inc. | 88-4-00543 | Item 338.50 10¢ per lb. + 21.6% | Item 355.82 13.9% | Agreed statement of facts | Champlain-Rouses Point (Ogdensburg); New York Acrylic vanes |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/411 | Boe, J. December 16, 1983 | Formosa Plastics Group (USA) Inc. | 81-7-00841 | Item 355.81 6% | Item A771.42 Free of duty | U.S. v. Elbe Products Corp., C.A.D. 1267 | Los Angeles Vinyl sponge leather |
| P83/412 | Boe, J. December 16, 1983 | Microma, Inc. | 80-5-00826 | Item 720.75 Various rates of duty including 1¢ per piece or at rate of 22.5% | Item 685.90 8.5% | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | San Francisco Components of solid-state digital watches |
| P83/413 | Rao, J. December 20, 1983 | North American Foreign Trading Corp. | 82-4-00530 | Item 676.20 5% or 4.8% (calculating machines) Item 720.16 75¢ each + 16% or 69¢ each + 14.8% ("clock" portion) | Item 676.20 5% or 4.8% | Agreed statement of facts | New York Model LC 465 clock calculators |
| P83/414 | Re, C.J. December 27, 1983 | Kenwood Electronics | 81-12-01664 | Item 678.50 4.8% Item 720.18 $1.04 each + 14.8% | Item 678.50 4.8% | Agreed statement of facts | Los Angeles Solid-state digital AM/FM timekeeping radio/cassette combinations with LED displays |
| P83/415 | Ford, J. December 27, 1983 | Evans-Aristocrat Industries, Inc. | 79-11-01651, etc. | Item 389.62 $.25 per lb. or 15% | Item 706.24 20% | J. E. Mamiye and Sons, Inc. v. U.S. (C.D. 4878), aff'd, 11/19/81 | New York Rayon canvas ladies handbags, style No. 15470; canvas ladies handbags, style No. 5470 |
| P83/416 | Newman, J. December 27, 1983 | Mitsubishi International Corp. | 83-2-00199 | Item 700.60 20% Appraised on basis of American selling price at the ASP values specified on entry documents | Item 700.35 8.5% Appraised on basis of export value at invoiced f.o.b. prices specified for each article | Agreed statement of facts | Los Angeles Footwear |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P83/417 | Boe, J. December 27, 1983 | Afco Electronics, Inc., | 80-5-00855 | Item 720.18 $1.12 each | Item 685.24 10.4% | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | San Francisco Clock modules; entireties |
| P83/418 | Boe, J. December 27, 1983 | Akai America, Ltd. | 81-11-01530 | Item 720.18 $1.125 each + 16% | Item 685.20 5% | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | Los Angeles Solid state electronic timers |
| P83/419 | Boe, J. December 27, 1983 | Jet Sonic Corp. | 81-4-00445 | Electronic watch entireties classified under item 715.05 with duty assessed at various rates under item 716.10 or 716.18 (modules); item 720.24 or 720.28 (cases); item 740.30, 740.34 or 740.35 (bands) item 740.30 or 740.38 (chains); item 774.55 or 791.54 (straps) as set forth in schedule "B" | Item 668.36 5.3% | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | New York Solid state electronic digital watches; entireties |
| P83/420 | Boe, J. December 27, 1983 | Jet Sonic Corp. | 81-4-00461 | Electronic watch entireties classified under item 715.05 with duty assessed at various rates under item 716.10 or 716.18 (modules); item 720.24 or 720.28 (cases); item 740.30, 740.34 or 740.35 (bands); item 740.30 or 740.38 (chains); item 774.55 or 791.54 (straps) as set forth in schedule "B" | Item 688.36 5.3% | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | New York Solid state electronic digital watches; entireties |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/421 | Boe, J. December 27, 1988 | Jet Sonic Corp. | 81-5-00566 | Electronic watch entireties classified under item 715.05 with duty assessed at various rates under item 716.10 or 716.18 (modules); item 720.24 or 720.28 (cases); item 740.30, 740.34 or 740.35 (bands); item 740.30 or 740.38 (chains); item 774.55 or 791.54 (straps) as set forth in schedule "B" | Item 688.36 5.3% | U.S. v. Texas Instruments, Inc. 69 CCPA 136 (1982) | New York Solid state electronic digital watches; entireties |
| P83/422 | Newman, J. December 30, 1988 | Custom Clock, Inc. | 88-3-00349 | Not stated | Item 688.36 5.1% or 4.9% | Judgment on the pleadings | San Francisco Watch bracelets |
| P83/423 | Newman, J. December 30, 1988 | Federal Pacific Electric Co. | 79-10-01605, etc. | Item 682.05 12.5% or 11.8% | Item 682.07 6% or 5.6% | Federal Pacific Electric Company v. U.S., abstract P83/226, 7/25/83 | Buffalo Series "T", "R" or "RZ" "sensors" |
| P83/424 | Boe, J. December 30, 1988 | Jet Sonic Corp. | 82-2-00242 | Electronic watch entireties classified under item 715.05 with duty assessed at various rates under item 716.10 or 716.18 (modules); item 720.24 or 720.28 (cases); item 740.30, 740.34 or 740.35 (bands); item 740.30 or 740.38 (chains); item 774.55 or 791.54 (straps) as set forth in schedule "B" | Item 688.36 5.3% or 5.1% | U.S. v. Texas Instruments, Inc., 69 CCPA 136 (1982) | New York Solid state electronic digital watches; entireties |

# ABSTRACTS OF COURT OF INTERNATIONAL TRADE DECISIONS

## ABSTRACTED REAPPRAISEMENT DECISIONS

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R88/500 | Landis, J. July 5, 1983 | Topp Electronics, Inc. | 79-5-00874 | Constructed value | Values specified on entry papers by liquidating officer excluding one-half of amount added for assists as set forth in Schedule of Protests attached to decision and judgment | Agreed statement of facts | Miami Not stated |
| R88/501 | Watson, J. July 5, 1983 | Hayim & Co. | R60/14817, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Portland, Oreg. Rugs |
| R88/502 | Watson, J. July 5, 1983 | Louis Goldey Co. | R67/8453 | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Norfolk Mosaic tiles |
| R88/503 | Re, C.J. July 18, 1983 | American Import Co. | 73-11-03096 | Export value | Appraised values specified on entry papers by liquidating officer, less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco Not stated |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/504 | Watson, J. July 18, 1983 | Lipmans Imports, Inc. | 277954A | Export value | F.o.b. unit invoice prices, plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Galv. plumbing supplies |
| R83/505 (amends decision and judgment of March 10, 1983, R83/294) | Boe, J. July 18, 1983 | Perkin Elmer Corp. | 78-12-02266 | Export value | Invoice unit prices, net, packed or invoice unit prices plus percentages or additions for packing representing correct dutiable value—said prices represent exporter's list prices less 35% discount | Agreed statement of facts | New York Electrical instruments and accessories |
| R83/506 | Re, C.J. July 25, 1983 | MRD & Associates | 78-11-03089 | Export value | Appraised values specified on entry papers by liquidating officer less additions included which reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco Not stated |
| R83/507 (See R83/ 535 for amendment) | Re, C.J. July 25, 1983 | Toshiba International Corp. | 78-10-01750 | Export value | Invoice unit value without addition for currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco Not stated |
| R83/508 | Re, C.J. July 25, 1983 | Zado Goldenberg, Inc. | 75-2-00353 | Export value | Invoice unit value without any addition for currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles Not stated |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R83/509 | Maletz, S.J. July 25, 1983 (amends decision and judgment of Feb. 24, 1983, Abs. R83/259) | Perkin Elmer Corp. | 78-12-02104 | Export value | Invoice unit prices, net, packed or invoice unit prices plus percentages or additions for packing representing the correct dutiable value—said prices represent exporter's list prices less 35% discount | Agreed statement of facts | New York Electrical instruments and accessories |
| R83/510 | Maletz, S.J. July 25, 1983 (amends decision and judgment of Feb. 23, 1983, Abs. R83/289) | Perkin Elmer Corp. | 78-12-02105 | Export value | Invoice unit prices, net, packed or invoice unit prices plus percentages or additions for packing representing correct dutiable value—said prices represent exporter's list prices less 35% discount | Agreed statement of facts | New York Electrical instruments and accessories |
| R83/511 | Maletz, S.J. July 25, 1983 (amends decision and judgment of Feb. 24, 1983, Abs. R83/260) | Perkin Elmer Corp. | 78-12-02106 | Export value | Invoice unit prices, net, packed or invoice unit prices plus percentages or additions for packing representing correct dutiable value—said prices represent exporter's list prices less 35% discount | Agreed statement of facts | New York Electrical instruments and accessories |
| R83/512 | Maletz, S.J. July 25, 1983 (amends decision and judgment of Feb. 23, 1983, Abs. R83/240) | Perkin Elmer Corp. | 78-12-02109 | Export value | Invoice unit prices, net, packed or invoice unit prices plus percentages or additions for packing representing correct dutiable value—said prices represent exporter's lst prices less 35% discount | Agreed statement of facts | New York Electrical instruments and accessories |
| R83/513 | Re, C.J. July 27, 1983 | Dorfman Pacific Co. | 73-8-02193 | Export value | Appraised values specified on entry papers by liquidating officer, less any additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco Not stated |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/514 | Re, C.J. | East Bay Tire Co. | 74-9-02660 | Export value | Appraised values specified on entry papers by liquidating officer, less any additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco Not stated |
| R83/515 | Re, C.J. July 27, 1983 | Mundo Corp. | 73-7-01825 | Export value | Appraised values specified on entry papers by liquidating officer, less any additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco Shower head |
| R83/516 | Re, C.J. July 27, 1983 | Rolf Gille Import Co. | 73-8-02196 | Export value | Appraised values specified on entry papers by liquidating officer, less any additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco Not stated |
| R83/517 | Re, C.J. July 28, 1983 | Vandor Imports, Inc. | 73-6-01845 | Export value | Appraised values specified on entry papers by liquidating officer less additions to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco Not stated |
| R83/518 | Watson, J. July 28, 1983 | Rene D. Lyon Co. | 257217-A, etc | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Artificial flowers |
| R83/519 | Re, C.J. July 29, 1983 | Cost Plus, Inc. | 73-8-02350 | Export value | Appraised values specified on entry papers by liquidating officer less additions which reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco Not stated |

| R83/520 | Watson, J. July 29, 1983 | B.P.M. Int'l. Ltd. | R63/6382, etc. | Export value | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Transistor radios, accessories and parts; entirety |
|---|---|---|---|---|---|---|---|
| R83/521 | Watson, J. July 29, 1983 | B.P.M. Int'l. Ltd. | R63/12754, etc. | Export value | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | San Francisco Transistor radios, accessories and parts; entirety |
| R83/522 | Watson, J. July 29, 1983 | B.P.M Int'l. Ltd. | R65/8885, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Batteries |
| R83/523 | Watson, J. July 29, 1983 | Rene D. Lyon Co. | R68/7810, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Artificial flowers |
| R83/524 | Re, C.J. August 1, 1988 | Perkin Elmer Corp. | 80-7-01041 | Export value | Exporter's list prices less 35% discount | Agreed statement of facts | New York Electrical instruments and accessories |
| R83/525 | Re, C.J. August 1, 1988 | Subaru of America, Inc. | 81-2-00189, etc. | Cost of production | Invoice unit values less 37%, 32%, 30%, 24%, 33% or 40% | Agreed statement of facts | Miami; San Francisco, New York Not stated |
| R83/526 | Re, C.J. August 1, 1988 | Xin Qiao Ltd. | 80-9-01356 | Export value | Invoice unit value | Agreed statement of facts | Los Angeles "Kung Fu" shoes |
| R83/527 | Re, C.J. August 1, 1988 | Zado Goldenberg, Inc. | 76-6-01853 | Export value | Invoice unit value without addition for currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco Not stated |
| R83/528 | Re, C.J. August 2, 1988 | Allied International, Inc. | 81-3-00250 | Cost of production | Invoice unit values plus agent's commission shown on entry papers not including additions for domestic insurance, inland freight, port expenses, and extra war risk insurance | Agreed statement of facts | Hardboard Chicago |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/529 | Re, C.J. August 2, 1983 | Allied International, Inc. | 82-9-01252 | Cost of production | Invoice unit values plus agent's commission shown on entry papers not including additions for domestic insurance, inland freight, port expenses, and extra war risk insurance | Agreed statement of facts | Hardboard Wilmington |
| R83/530 | Re, C.J. August 2, 1983 | Banton Corp. | 73-7-01644 | Export value | Appraised values specified on entry papers by liquidating officer less additions included which reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Seattle; San Francisco Not stated |
| R83/531 | Re, C.J. August 2, 1983 | Hamilton Industries | 73-3-00779 | Export value | Appraised values specified on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago Not stated |
| R83/532 | Re, C.J. August 2, 1983 | Russ Togs, Inc. | 73-6-01456, etc. | Export value | Appraised unit values specified on entry papers by appraising customs officer less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/533 | Re, C.J. August 2, 1983 | Topp Electronics, Inc. | 81-8-01029 | Constructed value | Values specified on entry papers by liquidating officer excluding one-half of amount added for assists as set forth in attached schedule of protests | Agreed statement of facts | Los Angeles; San Juan Not stated |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R83/534 | Re, C.J. August 2, 1983 | Treeco Sales Corp. | 74-7-01773 | Export value | Appraised values specified on entry papers by liquidating officer less additions included which reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Portland Not stated |
| R83/535 | Re, C.J. August 3, 1983 | Allied International, Inc. | 82-9-01253 | Cost of production | Invoice unit values plus agent's commission shown on entry papers not including additions for domestic insurance, inland freight, port expenses, and extra war risk insurance | Agreed statement of facts | New Orleans Hardboard |
| R83/536 | Re, C.J. August 3, 1983 | BBC Imports, Inc. | 80-11-00045 | Export value | Invoice unit value | Agreed statement of facts | Los Angeles Ladies' slippers |
| R83/537 | Re, C.J. August 8, 1983 | Amerex Trading Corp. | 81-1-00097 | Export value | Appraised values shown on entry papers less additions into reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Newark Not stated |
| R83/538 | Re, C.J. August 8, 1983 | Inter-Pacific Corp. | 80-1-00195 | Export value | Invoiced unit prices less nondutiable charges included | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles Beachcomber footwear |
| R83/539 | Re, C.J. August 8, 1983 | Perkin Elmer Corp. | 78-11-02041 | Export value | Invoice unit prices net, packed or invoice unit prices plus percentages or additions for packing representing correct dutiable value. Prices represent exporter's list prices less 35% discount | Agreed statement of facts | New York Various electrical instruments and accessories |
| R83/540 | Watson, J. August 9, 1983 | F. B. Vandegrift & Co. | 218604A, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | Philadelphia Wool and nylon rugs |
| R83/541 | Watson, J. August 9, 1983 | Maher-App & Co. | 229498A, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | New Orleans Rugs |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/542 | Re, C.J. August 11, 1983 | Mitsui & Co. (USA), Inc. | 82-1-00084 | Transaction value | Invoice unit prices of merchandise for exportation from Japan to U.S., less included non-dutiable charges for ocean freight and marine insurance | Agreed statements of facts | Philadelphia Steel mill products |
| R83/543 | Re, C.J. August 11, 1983 | Mitsui & Co. (USA), Inc. | 82-3-00276 | Transaction value | Invoice unit prices of merchandise for exportation from Japan to U.S., less included non-dutiable charges for ocean freight and marine insurance | Agreed statements of facts | New York Steel mill products |
| R83/544 | Re, C.J. August 11, 1983 | Mitsui & Co. (USA), Inc. | 82-3-00284 | Transaction value | Invoice unit prices of merchandise for exportation from Japan to U.S., less included non-dutiable charges for ocean freight and marine insurance | Agreed statements of facts | New Orleans Steel mill products |
| R83/545 | Re, C.J. August 16, 1983 | Allied Stores, Int'l. Inc. | 79-6-00986 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Import Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/546 | Re, C.J. August 16, 1983 | American Fencers Supply | 73-2-00538 | Export value | Appraised values specified on entry papers by liquidating officer less additions included which reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco Fencing equipment |

| | | | | | | |
|---|---|---|---|---|---|---|
| R83/547 | Re, C.J. August 16, 1983 | H.G. Toys, Inc. | 82-9-01285 | Transaction value | Values equivalent to U.S. dollar prices converted to Hong Kong dollars at fixed rate set forth on commercial invoices and reconverted to U.S. dollars at official rate of exchange in effect on date of export | Agreed statement of facts | New York Toys |
| R83/548 | Re, C.J. August 16, 1983 | Mitsui & Co. (USA), Inc. | 82-3-00280 | Transaction value | Invoice unit prices less included non-dutiable charges for ocean freight and marine insurance | Agreed statement of facts | New York L-Cysteine Mono Hydrochlo Monohydrate |
| R83/549 | Re, C.J. August 16, 1983 | Mitsui & Co. (USA), Inc. | 82-3-00281 | Transaction value | Invoice unit prices of merchandise less included non-dutiable charges for ocean freight and marine insurance | Agreed statement of facts | New York Steel mill products |
| R83/550 | Re, C.J. August 16, 1983 | Mitsui & Co. (USA), Inc. | 82-3-00285 | Transaction value | Invoice unit prices of merchandise less included non-dutiable charges for ocean freight and marine insurance | Agreed statement of facts | New Orleans Steel mill products |
| R83/551 | Re, C.J. August 16, 1983 | Mitsui & Co. (USA), Inc. | 82-3-00286 | Transaction value | Invoice unit prices of merchandise less included non-dutiable charges for ocean freight and marine insurance | Agreed statement of facts | New Orleans Steel mill products |
| R83/552 | Re, C.J. August 16, 1983 | Nichimen Co., Inc. | 79-6-00990 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles Not stated |
| R83/553 | Re, C.J. August 18, 1983 | Mitsui & Co. (USA), Inc. | 82-1-00033 | Transaction value | Invoice unit prices less included non-dutiable charges for ocean freight and marine insurance | Agreed statement of facts | Philadelphia Steel mill products |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/554 | Re, C.J. August 18, 1983 | Mitsui & Co. (USA), Inc. | 82-1-00036 | Transaction value | Invoice unit prices less included non-dutiable charges for ocean freight and marine insurance | Agreed statement of facts | Philadelphia Steel mill products |
| R83/555 | Re, C.J. August 18, 1983 | Mitsui & Co. (USA), Inc. | 82-3-00288 | Transaction value | Invoice unit prices less included non-dutiable charges for ocean freight and marine insurance | Agreed statement of facts | Philadelphia Steel mill products |
| R83/556 | Re, C.J. August 18, 1983 | Mitsui & Co. (USA), Inc. | 82-3-00361 | Transaction value | Invoice unit prices less included non-dutiable charges for ocean freight and marine insurance | Agreed statement of facts | Philadelphia Steel mill products |
| R83/557 | Watson, J August 18, 1983 | Compass Instrument & Optical Co. | R60/2082 | Transaction value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars, etc. |
| R83/558 | Watson, J. August 18, 1983 | Haruta & Co. | R62/11107, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Dinnerware and tableware |
| R83/559 | Watson, J. August 18, 1983 | Hayim & Co. | R59/12254, etc. | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Wool rugs |
| R83/560 | Watson, J. August 18, 1983 | Hayim & Co. | R60/12107, etc. | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Wool rugs, cotton rugs, dinnerware |

| R83/561 | Watson, J. August 18, 1983 | Imported Rug Associates, Ltd. | R63/2487 | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Houston Rugs |
|---|---|---|---|---|---|---|---|
| R83/562 | Re, C.J. August 19, 1988 | Mitsui & Co. (USA), Inc. | 82-1-00093 | Transaction value | Invoice unit prices less included nondutiable charges for ocean freight and marine insurance | Agreed statement of facts | Philadelphia Steel mill products |
| R83/563 | Re, C.J. August 19, 1988 | Mitsui & Co. (USA), Inc. | 82-3-00277 | Transaction value | Invoice unit prices less included nondutiable charges for ocean freight and marine insurance | Agreed statement of facts | New York Steel mill products |
| R83/564 | Re, C.J. August 19, 1988 | Mitsui & Co. (USA), Inc. | 82-3-00287 | Transaction value | Invoice unit prices less included nondutiable charges for ocean freight and marine insurance | Agreed statement of facts | New Orleans Steel mill products |
| R83/565 | Watson, J. August 19, 1983 | American Roland Corp. | 249800A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Tuna in cans, flatware, batteries, thermometers |
| R83/566 | Watson, J. August 19, 1983 | C. Itoh & Co. (America), Inc. | R58/24571 | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Wool woven fabric, etc. |
| R83/567 | Watson, J. August 19, 1983 | C. Itoh & Co. (America), Inc. | R59/969, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Textiles |
| R83/568 | Watson, J. August 19, 1983 | Haruta & Co. | R59/16081, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Tableware/dinnerware |
| R83/569 | Watson, J. August 19, 1983 | Haruta & Co. | R62/1773, etc. | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Tableware/dinnerware |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/570 | Watson, J. August 19, 1988 | Hayim & Co. | 249891A, etc. | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Wool hooked rugs, etc. |
| R83/571 | Watson, J. August 19, 1988 | Hayim & Co. | R59/6594, etc. | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Tubular rugs/mats, etc. |
| R83/572 | Watson, J. August 19, 1988 | Hayim & Co. | R59/6595, etc. | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Wool hooked and tubular rugs |
| R83/573 | Watson, J. August 19, 1988 | Imported Rug Associates, Ltd. | R65/21958, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | San Francisco Rugs |
| R83/574 | Watson, J. August 19, 1988 | Linmark International Corp. | R59/9084, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |
| R83/575 | Watson, J. August 19, 1988 | Lipmans Imports, Inc. | 241878A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Pipe fittings |
| R83/576 | Watson, J. August 19, 1988 | Nichimen | R59/10715, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | Los Angeles Rayon fabric and cotton articles |
| R83/577 | Re, C.J. August 24, 1983 | Brown Boveri Corp. | 77-12-04825 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4789) | New York Not stated |

| No. | Judge/Date | Importer | Entry No. | Basis | Issue | Authority | Port / Merchandise |
|---|---|---|---|---|---|---|---|
| R83/578 | Re, C.J. August 24, 1983 | Marshall Field & Co. | 75-2-00428, etc. | Export value | Appraised values specified on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago Not stated |
| R83/579 | Re, C.J. August 24, 1983 | Mitsubishi International Corp. | 76-12-02704, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago Not stated |
| R83/580 | Re, C.J. August 24, 1983 | Mitsubishi International Corp. | 82-4-00485 | Export value | Invoice unit prices shown on commercial invoices accompanying entry papers | Agreed statement of facts | Chicago Wire-cut electric discharge machine systems |
| R83/581 | Re, C.J. August 24, 1983 | Mitsui & Co. (USA), Inc. | 82-1-00035 | Transaction value | Invoice unit prices less included nondutiable charges for ocean freight and marine insurance | Agreed statement of facts | Philadelphia Steel mill products |
| R83/582 | Re, C.J. August 24, 1983 | Nichimen Co., Inc. | 79-7-01078 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles Not stated |
| R83/583 | Re, C.J. August 24, 1983 | Starlight Trading, Inc. | 76-8-01787, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/584 | Re, C.J. August 24, 1983 | Starlight Trading, Inc. | 76-11-02445 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/585 | Re, C.J. August 24, 1983 (amends decision and judgment of 7/25/83 Abs. R83/507) | Toshiba International Corp. | 78-10-01750 | Export value | Invoice unit prices as adjusted to resale price without addition for currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco Not stated |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R88/586 | Re, C.J. August 26, 1983 | Continental Scarf Corp | 76-12-02696, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4799) | New York Not stated |
| R88/587 | Watson, J. August 26, 1983 | Haruta & Co. | R62/1796, etc. | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Tableware/dinnerware |
| R88/588 | Watson, J. August 26, 1983 | Haruta & Co. | R62/14888, etc. | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Tableware/dinnerware |
| R88/589 | Watson, J. August 26, 1983 | Hayim & Co. | R60/2397, etc. | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Wool rugs |
| R88/590 | Watson, J. August 26, 1983 | Imported Rug Associates Ltd. | R64/6457, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Boston Rugs |
| R88/591 | Watson, J. August 26, 1983 | Imported Rug Associates, Ltd. | R66/4597, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | San Francisco Rugs |
| R88/592 | Watson, J. August 26, 1983 | Intermaritime Forwarding Co. | 268326A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Not stated |
| R88/593 | Re, C.J. August 30, 1983 | Chori America, Inc. | 82-3-00396 | Export value | Value calculated in accordance with C.I.E. 38/81 or 10/18/81, and C.I.E. 30/81 of 7/20/81 | Agreed statement of facts | Honululu Polyester fabrics and/or yarns |

| | | | | Constructed value | Invoice unit values | Agreed statement of facts | |
|---|---|---|---|---|---|---|---|
| R83/594 | Re, C.J. August 30, 1983 | Mast Industries | 81-11-01538 | | | Agreed statement of facts | New York Wearing apparel |
| R83/595 | Watson, J. August 30, 1983 | A & A Trading Corp. | R60/124, etc. | Export value (merchandise marked "A" and "B") | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values (merchandise marked "A") Appraised values shown on entry papers less amounts attributable to buying commission (merchandise marked "B") | Agreed statement of facts | Boston Transistor radios, accessories and parts; entireties (merchandise marked "A") All merchandise except transistor radios described on schedule A (merchandise marked "B") |
| R83/596 | Watson, J. August 30, 1983 | Haruta & Co. | R58/27985, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Tableware/dinnerware |
| R83/597 | Watson, J. August 30, 1983 | Haruta & Co. | R60/17440, etc. | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Table/dinnerware |
| R83/598 | Watson, J. August 30, 1983 | Haruta & Co. | R62/8620, etc. | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Tableware/dinnerware and thermometers |
| R83/599 | Watson, J. August 30, 1983 | Haruta & Co. | R62/10624, etc. | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Tableware and dinnerware and tuna fish |
| R83/600 | Watson, J. August 30, 1983 | James Betesh Import Co. | R58/8728, etc. | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Flatware, binoculars, cotton rugs, etc. |
| R83/601 | Re, C.J. September 6, 1988 | Mitsubishi International Corp. | 82-10-01876 | Export value | Dutiable at value calculated in accordance with C.I.E. 38/81 of 10/18/81, and C.I.E. 30/81 of 7/20/81 | Agreed statement of facts | New York Polyester fabrics and/or yarns |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/602 | Re, C.J. September 7, 1983 | J.C. Penney Purchasing Corp. | 81-8-01114 | American selling price | Appraised at $7.00 per pair, less 2% net packed | Agreed statement of facts | Norfolk Men's and boys' nylon and vinyl suede jogger oxfords |
| R83/603 | Re, C.J. September 7, 1983 | Perkin Elmer Corp. | 80-7-01040 | Export value | Invoice unit prices, net, packed or invoice unit prices plus percentages or additions for packing representing the correct dutiable value. Said prices represent exporter's list prices less 35% discount | Agreed statement of facts | New York Various electrical instruments and accessories |
| R83/604 | Re, C.J. September 7, 1983 | Perkin Elmer Corp. | 80-7-01043 | Export value | Invoice unit prices, net, packed or invoice unit prices plus percentages or additions for packing representing the correct dutiable value. Said prices represent exporter's list prices less 35% discount | Agreed statement of facts | New York Various electrical instruments and accessories. |
| R83/605 | Re, C.J. September 7, 1983 | Perkin Elmer Corp. | 80-10-01863 | Export value | Invoice unit prices, net, packed or invoice unit prices plus percentages or additions for packing representing the correct dutiable value. Said prices represent exporter's list prices less 35% discount | Agreed statement of facts | New York Various electrical instruments and accessories |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R83/606 | Re, C.J. September 7, 1988 | Perkin Elmer Corp. | 80–10–01864 | Export value | Invoice unit prices, net, packed or invoice unit prices plus percentages or additions for packing representing the correct dutiable value. Said prices represent exporter's list prices less 35% discount | Agreed statement of facts | New York Various electrical instruments and accessories |
| R83/607 | Re, C.J. September 7, 1988 | Perkin Elmer Corp. | 80–10–01865 | Export value | Invoice unit prices, net, packed or invoice unit prices plus percentages or additions for packing representing the correct dutiable value. Said prices represent exporter's list prices less 35% discount | Agreed statement of facts | New York Various electrical instruments and accessories |
| R83/608 | Re, C.J. September 7, 1988 | Perkin Elmer Corp. | 81–5–00625 | Export value | Invoice unit prices, net, packed or invoice unit prices plus percentages or additions for packing representing the correct dutiable value. Said prices represent exporter's list prices less 35% discount | Agreed statement of facts | New York Various electrical instruments and accessories |
| R83/609 | Re, C.J. September 7, 1988 | Perkin Elmer Corp. | 81–5–00626 | Export value | Invoice unit prices, net, packed or invoice unit prices plus percentages or additions for packing representing the correct dutiable value. Said prices represent exporter's list prices less 35% discount | Agreed statement of facts | New York Various electrical instruments and accessories |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/610 | Re, C.J. September 7, 1983 | Perkin Elmer Corp. | 81-10-01381 | Export value | Invoice unit prices, net, packed or invoice unit prices plus percentages or additions for packing representing the correct dutiable value. Said prices represent exporter's list prices less 35% discount | Agreed statement of facts | New York Various electrical instruments and accessories |
| R83/611 | Watson, J. September 13, 1983 | Allied International, Inc. | 81-9-01279 | Cost of production | Invoice unit values plus commission shown on entry papers not including additions for domestic insurance, inland freight, port expenses, and extra war risk insurance | Agreed statement of facts | Jacksonville; Los Angeles Not stated |
| R83/612 | Watson, J. September 13, 1983 | Allied International, Inc. | 81-11-01504 | Cost of production | Invoice unit values plus commission shown on entry papers not including additions for domestic insurance, inland freight, port expenses, and extra war risk insurance | Agreed statement of facts | Boston Not stated |
| R83/613 | Watson, J. September 13, 1983 | Perkin Elmer Corp. | 80-9-01519 | Export value | Invoice unit prices, net, packed or invoice unit prices plus percentages or additions for packing representing correct dutiable value. Said prices represent exporter's list prices less 35% discount | Agreed statement of facts | New York Various electrical instruments and accessories |

413

| No. | Judge / Date | Importer | Entry No. | Basis | Invoice statement | Agreed statement of facts | Port / Merchandise |
|---|---|---|---|---|---|---|---|
| R83/614 | Watson, J. September 13, 1983 | Perkin Elmer Corp. | 80-10-01862 | Export value | Invoice unit prices net, packed or invoice unit prices plus percentages or additions for packing representing correct dutiable value. Said prices represent exporter's list prices less 35% discount | | New York Various electrical instruments and accessories |
| R83/615 | Re, C.J. September 14, 1983 | Mitsui & Co. (USA), Inc. | 75-1-00195 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago Not stated |
| R83/616 | Re, C.J. September 15, 1983 | B & H Importing Corp. | 78-8-01416 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/617 | Re, C.J. September 15, 1983 | Mitsui & Co., (USA), Inc. | 73-10-02993, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Boston Not stated |
| R83/618 | Re, C.J. September 15 1983 | Mitsui & Co. Inc. | 73-11-03187, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago Not stated |
| R83/619 | Re, C.J. September 15, 1983 | Starlight Trading Inc. | 77-11-04573, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/620 | Re, C.J. September 19, 1983 | Mitsui & Co. (USA), Inc. | 73-3-00755, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New Orleans Not stated |
| R83/621 | Re, C.J. September 19, 1983 | Mitsui & Co. (USA), Inc. | 75-9-02340, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Wilmington Not stated |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/622 | Watson, J. September 19, 1983 | Allied International, Inc. | 82-4-00441S | Cost of production | Invoice unit values plus agent's commission shown on entry papers not including additions for domestic insurance, inland freight, port expenses, and extra war risk insurance | Agreed statement of facts | Boston Hardboard |
| R83/623 | Watson, J. September 19, 1983 | Perkin Elmer Corp. | 80-7-01042 | Export value | Invoice unit prices net, packed or invoice unit prices plus percentages or additions for packing representing correct dutiable value. Said prices represent exporter's list prices less 35% discount | Agreed statement of facts | New York Various electrical instruments and accessories |
| R83/624 | Re, C.J. September 20, 1983 | Mitsui & Co. (USA), Inc. | 75-10-02586 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Detroit Not stated |
| R83/625 | Re, C.J. September 20, 1983 | Mitsui & Co. (USA), Inc. | 76-10-02337 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago Not stated |
| R83/626 | Re, C.J. September 20, 1983 | Mitsui & Co. (USA), Inc. | 78-4-00612, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Boston Not stated |
| R83/627 | Re, C.J. September 20, 1983 | Mitsui & Co. (USA), Inc. | 79-8-01275 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Philadelphia Not stated |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R83/628 | Re, C.J. September 20, 1983 | Starlight Trading Inc. | 79-8-01277 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4789) | New York Not stated |
| R83/629 | Watson, J. September 20, 1983 | Leslie Kleyman Corp. | R59/14415, etc. | United States value | Said dutiable values per lb. specified on attached schedule in column designated "Dutiable Value" | Agreed statement of facts | New York Thiourea |
| R83/630 | Watson, J. September 20, 1983 | Mitsui & Co. (USA), Inc. | 81-11-01511 | Transaction value | Invoice unit prices less included nondutiable charges for ocean freight and marine insurance | Agreed statement of facts | New York, Steel mill products |
| R83/631 | Watson, J. September 21, 1983 | International Chemical Corp. | R61/11867, etc. | United States value | Said dutiable values per lb. on attached schedule in column designated "Dutiable Value" | Agreed statement of facts | New York Thiourea |
| R83/632 | Watson, J. September 21, 1983 | International Chemical Corp. | R61/19884, etc. | United States value | Said dutiable values per lb. on attached schedule in column designated "Dutiable Value" | Agreed statement of facts | Los Angeles Thiourea |
| R83/633 | Watson, J. September 21, 1983 | International Chemical Corp. | R64/4011 | United States value | Said dutiable values per lb. on attached schedule in column designated "Dutiable Value" | Agreed statement of facts | Houston Thiourea |
| R83/634 | Watson, J. September 23, 1983 | Titanium Pigments | 82-9-01202 | United States value | F.o.b. invoice values | Agreed statement of facts | Los Angeles Titanium dioxide pigments |
| R83/635 | Watson, J. October 3, 1983 | Leyden Customs Expediters, Inc. | R61/1788, etc. | United States value | Said dutiable values per lb. specified on attached schedule in column designated "Dutiable Value" | Agreed statement of facts | New York Thiourea |
| R83/636 | Watson, J. October 3, 1983 | Yu, Ka S. | 81-7-00899S | Export value | F.o.b. invoice unit value of $1.19 per pair, net packed, f.o.b. Hong Kong as set forth in agreed statement of facts | Agreed statement of facts | Los Angeles Cotton shoes, Item No. 7164B |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/637 | Re, C.J. October 5, 1988 | Alfar Imports Ltd. | 76-5-01092, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/638 | Re, C.J. October 5, 1988 | C. Itoh & Co. (America) Inc. | 73-3-00810 | Export value (entries listed on attached schedule with suffix "A") United States value (entries listed on attached schedule with suffixes "D" and "E") | Appraised values shown on entry papers less additions included to reflect currency revaluation (entries listed on attached schedule with suffix "A") Landed paid prices less statutory deductions for general expenses and profit in amount of 11.72% thereof less freight, insurance and duty, provided that said deductions do not result in an appraised value below f.o.b. invoiced values, less additions included to reflect currency revaluation (entries listed on attached schedule with suffix "A") Landed duty paid price less statutory deductions for general expenses and profit in an amount of 11.72% thereof less freight, insurance and duty, provided that said deductions do not result in an appraised value below f.o.b. invoice values | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |

| No. | Judge / Date | Importer | Entry No. | Basis | Appraisal | Authority | Port / Merchandise |
|---|---|---|---|---|---|---|---|
| R83/639 | Re, C.J. October 5, 1988 | Macy's of California | 73-7-01992 | Export value | Appraised values specified on entry papers by liquidating officer, less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco Not stated |
| R83/640 | Re, C.J. October 5, 1988 | Mitsui & Co. (U.S.A.), Inc. | 73-3-00637, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Houston; Mobile Not stated |
| R83/641 | Watson, J. October 5, 1988 | First Chemical Products, Inc. | 74-10-02834, etc. | American selling price | $6.90 per kilogram | Agreed statement of facts | New York Sulfamethazine, U.S.P. grade |
| R83/642 | Watson, J. October 5, 1988 | New York Merchandise Co. | R60/10842, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | San Diego Tube and tubular rugs |
| R83/643 | Boe, J. October 12, 1988 | Carlyle Footwear | 79-9-01240 | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | New York Footwear |
| R83/644 | Boe, J. October 12, 1988 | Carlyle Footwear | 80-12-00179 | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | Seattle Footwear |
| R83/645 | Watson, J. October 13, 1988 | Compass Instrument & Optical Co. | R59/18864, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R83/646 | Watson, J. October 13, 1988 | Lipmans Imports Inc. | 241912A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Pipe fittings |
| R83/647 | Watson, J. October 14, 1988 | Hayim & Co. | 256807A, etc. | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Cotton hooked rugs, pipe fittings |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/648 | Watson, J. October 14, 1988 | Hayim & Co. | R60/846, etc. | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Wool rugs |
| R83/649 | Watson, J. October 14, 1988 | Hayim & Co. | R60/17092 | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Wool rugs |
| R83/650 | Watson, J. October 14, 1988 | Hayim & Co. | R60/18817, etc. | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Wool rugs |
| R83/651 | Watson, J. October 14, 1988 | Hayim & Co. | R61/3604, etc. | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Rugs/mats |
| R83/652 | Watson, J. October 14, 1988 | Hayim & Co. | R64/17769 | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | Seattle Wool hooked rugs and tubular mats |
| R83/653 | Watson, J. October 14, 1988 | Imported Rug Associates Ltd. | R66/22499, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Seattle Wool hooked rugs and tubular mats |
| R83/654 | Watson, J. October 14, 1988 | J. C. Penney | R61/23837 | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | Norfolk Sweaters |
| R83/655 | Watson, J. October 14, 1988 | Kanematsu New York Inc. | R61/5164, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Wool and silk fabric |
| R83/656 | Watson, J. October 14, 1988 | Mitsubishi International Corp. | R60/19138, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Textiles |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R83/657 | Re, C.J. October 17, 1988 | Mitsui & Co. (USA), Inc. | 73-12-03335 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v U.S. (C.D. 4789) | New York; San Francisco Not stated |
| R83/658 | Re, C.J. October 17, 1988 | Spiegel, Inc. | 73-8-02435, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4789) | Chicago Not stated |
| R83/659 | Re, C.J. October 17, 1988 | Zayre Corp. | 73-11-08257 | Export value | Appraised values, less amounts added for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4789) | Los Angeles; Boston; New York; Miami; Chicago Not stated |
| R83/660 | Re, C.J. October 17, 1988 | Zayre Corp. | 75-8-02045 | Export value | Appraised values, less amounts added for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4789) | Los Angeles; New York Not stated |
| R83/661 | Landis, J. October 17, 1988 | N. L. Industries, Inc. | 88-7-01055 | United States value | F.o.b. invoice values | Agreed statement of facts | Los Angeles Titanium dioxide pigments |
| R83/662 | Watson, J. October 17, 1988 | Shalom & Co. | 272800A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Hooked rugs |
| R83/663 | Watson, J. October 18, 1988 | Cohn Hall Marx | R58/24826, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Silk fabric |
| R83/664 | Watson, J. October 18, 1988 | Compass Instrument & Optical Co. | R59/11171, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R83/665 | Watson, J. October 18, 1988 | Compass Instrument & Optical Co. | R59/11902 | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/666 | Watson, J. October 18, 1983 | Compass Instruments & Optical Co. | R60/14103, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars |
| R83/667 | Watson, J. October 18, 1983 | Empire Findings Co. | R61/14213, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Thermometers |
| R83/668 | Watson, J. October 18, 1983 | Gunze N.Y. Inc. | R59/15888, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Silk piece goods and silk & rayon mixed goods |
| R83/669 | Watson, J. October 18, 1983 | Nipkow & Kobelt Inc. | 299721A, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Silk fabric |
| R83/670 | Watson, J. October 18, 1983 | Nipkow & Kobelt Inc. | R58/5378, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Rayon mixed silk fabric and silk fabric |
| R83/671 | Watson, J. October 18, 1983 | Nipkow & Kobelt Inc. | R59/5282, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Silk and rayon mixed silk fabric |
| R83/672 | Watson, J. October 18, 1983 | Nipkow & Kobelt Inc. | R59/9202, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Silk fabric |

| No. | Judge / Date | Importer | Entry No. | Basis | Holding | Authority | Port / Merchandise |
|---|---|---|---|---|---|---|---|
| R88/673 | Watson, J. October 18, 1983 | Oriental Exporters, Inc. | R63/728, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York; Transistor radios with accessories and parts; entireties |
| R88/674 | Watson, J. October 18, 1983 | Siber Hegner Co. | 286927A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York; Silk piece goods |
| R88/675 | Watson, J. October 19, 1983 | Berkshire Handkerchief Co. | R60/16192 | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York; Transistor radios with accessories and parts; entireties |
| R88/676 | Watson, J. October 19, 1983 | Cohn Hall Marx | R59/8707, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | Los Angeles; Silk fabric |
| R88/677 | Watson, J. October 19, 1983 | Cohn Hall Marx | R59/10936, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | San Francisco; Silk piece goods |
| R88/678 | Watson, J. October 19, 1983 | Lipmans Imports, Inc. | 241911A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York; Plugs, bushings, flanges, etc. |
| R88/679 | Re, C.J. October 24, 1983 | American NTN Bearing Manufacturing Corp. | 78-1-00164 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago; Not stated |
| R88/680 | Re, C.J. October 24, 1983 | Chori America Inc. | 73-12-08366, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York; Los Angeles; Not stated |
| R88/681 | Re, C.J. October 24, 1983 | Holly Stores Inc. | 76-3-00757 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York; Wearing apparel, etc. |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/682 | Re, C.J. October 24, 1983 | Inter Pacific Corp. | 74-10-02823 75-12-08262 | Export value | Invoiced unit prices less non-dutiable charges (if any) included therein | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles Footwear and wearing apparel |
| R83/683 | Re, C.J. October 24, 1983 | Marubeni America Corp. | 77-12-04971 | Export value | Unit values found by appraising customs official, less ocean freight and marine insurance without additions for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Electronic flash units |
| R83/684 | Re, C.J. October 24, 1983 | Nichimen Co. | 76-1-00268 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles Not stated |
| R83/685 | Landis, J. October 24, 1983 | Japan Merchandise Co. | R59/321, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Los Angeles Cigarette lighters |
| R83/686 | Re, C.J. October 25, 1983 | Mitsubishi International Corp. | 74-6-01480, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/687 (amends R83/34) | Watson, J. October 26, 1983 | Brother International Corp. | R65/10569, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values (items shown on schedule "A") Appraised unit values less 7.5% thereof, net packed (items shown on schedule "B") | Agreed statement of facts | Longview (Portland, Oreg.) Wood consoles (items shown on schedule "A") Sewing machines w/motor, etc. (items shown on schedule "B") |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R83/688 | Re, C.J. October 27, 1983 | Jantzen Inc. | 73-5-01176 | Export value | Appraised values specified on entry papers by liquidating officer less additions included which reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Longview (Seattle) Clothes and textile |
| R83/689 | Re, C.J. October 27, 1983 | S. S. Kresge Co. | 73-11-08188 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Savannah Wearing apparel |
| R83/690 | Re, C.J. October 27, 1983 | United Merchants & Mfrs. Inc. | 74-9-02436 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Charleston Wearing apparel, etc. |
| R83/691 | Re, C.J. October 27, 1983 | Vanetta Fabrics Corp. | 78-7-01386, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/692 | Re, C.J. October 27, 1983 | Washington Quilt Co. | 73-6-01544 | Export value | Appraised values specified on entry papers by liquidating officer, less any additions included which reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Seattle Sleeping bags, etc. |
| R83/693 | Landis, J. October 27, 1983 | Amjet Industries Inc. | 82-7-00990 | Constructed value | Appraised values except $.04396 per pair used as figure for transportation of U.S. components from point of export to assembler's in lieu of transportation figure used by customs in calculating appraised values | Agreed statement of facts | San Juan Footwear uppers |
| R83/694 | Landis, J. October 27, 1983 | B & K Machinery | 82-7-00980 | Transaction value deductive value for (entry 404080 of 12/2/80) | Invoiced prices less any statutorily nondutiable charges (all entries) | Agreed statement of facts | Buffalo Machinery |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/695 | Landis, J. October 27, 1983 | Perkin Elmer Corp. | 80-9-01520 | Export value | Invoice unit prices net, packed or invoice unit prices plus percentages or additions for packing representing correct dutiable values; said prices represent exporter's list prices less 35% discount | Agreed statement of facts | New York — Various electrical instruments and accessories |
| R83/696 | Landis, J. October 27, 1983 | RCA Picture Tube Division | 80-9-01482 | Cost of production | Invoice unit values less any non-dutiable charges included therein | Agreed statement of facts | Laredo (Houston) — Color picture tube mounts |
| R83/697 | Watson, J. November 3, 1983 | A & A Trading Corp. | R59/17088, etc. | Export value | Appraised values shown on entry papers less amounts attributable to buying commission | Agreed statement of facts | New York — Various electrical articles |
| R83/698 | Watson, J. November 3, 1983 | Brother International Corp. | R64/18441, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New Orleans — Sewing machine heads |
| R83/699 | Watson, J. November 3, 1983 | Hayim & Co. | 252173A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York — Cotton and wool hooked rugs and pipe fittings |
| R83/700 | Watson, J. November 3, 1983 | Hayim & Co. | R61/3398, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York — Rugs and mats |
| R83/701 | Watson, J. November 3, 1983 | Iwai New York Inc. | R60/5735, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York — Woolen sweaters |

425

| No. | Judge / Date | Importer | Entry No. | Value claimed | Basis | Agreed statement of facts | Port / Merchandise |
|---|---|---|---|---|---|---|---|
| R88/702 | Watson, J. November 3, 1983 | Iwai New York Inc. | R62/8177, etc. | Export value | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values (schedule A) Appraised unit values less 7.5% thereof, net packed (schedule B) | Agreed statement of facts | New York Transistor radios with accessories and parts; entireties (Schedules A and B) |
| R88/703 | Re, C.J. November 4, 1983 | Sanyo Electric Inc. | 73-10-02925, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Wearing apparel, etc. |
| R88/704 | Re, C.J. November 7, 1983 | C. Itoh & Co. (America) Inc. | 74-1-00248, etc. | Export value (merchandise marked "A") United States value (merchandise marked "D" and "E") | Appraised values shown on entry papers less additions included to reflect currency revaluation (merchandise marked "A") Landed duty paid price less statutory deductions for general expenses and profit in amount of 11.72% thereof less freight, insurance and duty, provided said deductions do not result in appraised value below f.o.b. invoiced values less additions included to reflect currency revaluation (merchandise marked "D") Landed duty paid price less statutory deductions for general expenses and profit in amount of 11.72% thereof less freight, insurance and duty, provided that deductions do not result in appraised value below f.o.b. invoice values (merchandise marked "E") | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R88/705 | Re, C.J. November 7, 1983 | YKK Zipper (USA), Inc. | 80-10-01712 | Export value | Appraised values shown on entry papers less, additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4789) | New York Not stated |
| R88/706 | Re, C.J. November 8, 1983 | C. Itoh & Co. (America) Inc. | 78-2-00346, etc. | Export value (merchandise marked "A") United States value (merchandise marked "D") | Appraised values shown on entry papers less additions included to reflect currency revaluation (merchandise marked "A"). Landed duty paid price less statutory deductions for general expenses and profit in amount of 11.72% thereof less freight, insurance and duty, provided deductions do not result in an appraised value below f.o.b. invoiced values less additions included to reflect currency revaluation (merchandise marked "D") | C.B.S. Imports corp. v. U.S. (C.D. 4789) (merchandise marked "A") Agreed statement of facts (merchandise marked "D") | New York Not stated (merchandise marked "A"); synthetic textiles (merchandise marked "D") |
| R88/707 | Watson, J. November 8, 1983 | Gunze New York Inc. | R59/13698, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Silk piece goods, etc. |
| R88/708 | Watson, J. November 8, 1983 | Mersco Textile Co., Inc. | R58/11052, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Hooked and tube rugs |

| No. | Judge / Date | Importer | Entry No. | Basis of appraisement claimed | Appraised value | Record | Port and merchandise |
|---|---|---|---|---|---|---|---|
| R88/709 | Watson, J. November 9, 1983 | Shalom & Co. | R63/14754, etc. | Export value | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York. Transistor radios, accessories and parts; entirety |
| R88/710 | Rao, J. November 10, 1983 | Grolier Inc. | 81-2-00148 | Constructed value | All payments of royalties, including royalty advances and royalty guarantees excluded from appraisal value of merchandise | Agreed statement of facts | New York. Film negatives on entry Nos. K356559, K189294, K481199 and K355525 |
| R88/711 | Re, C.J. November 18, 1983 | C. Itoh & Co. (America) Inc. | 77-8-01959, etc. | Export value (entries listed on attached schedule with suffix "A") United States (entries listed on attached schedule with suffixes "D" and "E") | Appraised values shown on entry papers less additions included to reflect currency revaluation (entries listed with suffix "A") Landed duty paid price less statutory deductions for general expenses and profit in an amount of 11.72% *thereof* less freight, insurance and duty, provided that said deductions do not result in an appraised value below f.o.b. invoiced values, less additions included to reflect currency revaluation (entries listed with suffix "D") Landed duty paid price less statutory deductions for general expenses and profit in amount of 11.72% *thereof* less freight, insurance and duty, provided said deductions do not result in an appraised value below f.o.b. invoice values (entries listed with suffix "E") | C.B.S. Imports Corp. v. U.S. (C.D. 4739) (entries listed with suffix "A") Agreed statement of facts (entries listed with suffixes "D" and "E") | New York. Not stated (entries listed with suffix "A") Synthetic textiles (entries listed suffixes "D" and "E") |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R88/712 | Re, C.J. November 18, 1983 | Haruta & Co. | 79-3-00550 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R88/713 | Re, C.J. November 18, 1983 | World Famous Sales Co. | 73-8-02434 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago; New York Not stated |
| R88/714 | Landis, J. November 23, 1983 | Holly Stores, Inc. | 76-4-00978 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Wearing apparel |
| R88/715 | Landis, J. November 23, 1983 | Petrie Stores Corp. | 75-11-02816 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Wearing apparel |
| R88/716 | Landis, J. November 23, 1983 | Regal Accessories, Inc. | 77-11-04778 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Wearing apparel |
| R88/717 | Landis, J. November 23, 1983 | Regal of California, Inc. | 77-12-04842 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles Wearing apparel |
| R88/718 | Rao, J. December 5, 1983 | F. W. Myers & Co. | 88-7-00950 | American selling price | $.25 each less brokerage and included customs duties | Judgment on the pleadings | Buffalo Bicycle tire sealers and inflators |
| R88/719 | Rao, J. December 6, 1983 | Meldisco | 82-5-00657 | American selling price | 61% of selling price of shell and liner | Agreed to statement of facts | Seattle Footwear shells |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R83/720 | Watson, J. December 6, 1983 | Stone & Downer | R60/17276, etc. | Export value | F.o.b. unit prices shown in entry documents plus 20% of difference between f.o.b. unit prices and appraised values, net packed | Agreed statement of facts | Boston Binoculars |
| R83/721 | Watson, J. December 6, 1983 | Sun Coast Merchandise Corp. | R59/16368, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | Los Angeles Binoculars |
| R83/722 | Watson, J., December 6, 1983 | The Akron | 288894-A, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | Los Angeles Binoculars |
| R83/723 | Re, C.J. December 15, 1983 | Starlight Trading, Inc. | 77-2-00163 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/724 | Watson, J. December 15, 1983 | Hayim & Co. | R61/14501, etc. | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Wool and cotton rugs |
| R83/725 | Watson, J. December 15, 1983 | Nissho-American Corp. | R59/19421, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Cotton clothing |
| R83/726 | Watson, J. December 15, 1983 | Nissho-American Corp. | R60/229, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Cotton clothing and wool sweaters |
| R83/727 | Re, C.J. December 19, 1983 | Armbee Corp. | 75-01-00238 | Export value | Appraised values specified on entry papers by liquidating officer, less additions included which reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco Rubber bands |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/728 | Re, C.J. December 19, 1988 | B & B Importing Co. | 73-2-00537 | Export value | Appraised values specified on entry papers by liquidating officer, less additions included which reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4789) | San Francisco Auto tape players, etc. |
| R83/729 | Re, C.J. December 19, 1988 | D. B. Berleson & Co. | 78-7-01725 | Export value | Appraised values specified on entry papers by liquidating officer, less additions included which reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4789) | Portland, Oreg. Not stated |
| R83/730 | Newman, J. December 19, 1988 | China Mercantile Co. | 82-3-00399 | Export value | Invoice unit price as entered | Agreed statement of facts | Los Angeles Footwear style Nos. JB 408 and JB 401 |
| R83/731 | Re, C.J. December 27, 1988 | Garrett-Hewitt Int'l, Inc. | 78-7-02082 | Export value | Appraised values specified on entry papers by liquidating officer, less additions included which reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4789) | San Francisco Not stated |
| R83/732 | Newman, J. December 27, 1988 | GAF Corp. | 82-1-00105 | Export value | Invoiced unit values and the total dutiable value of merchandise is $87,116.60 | Agreed statement of facts | Portland (Oreg.) Sound movie projectors and spare parts |
| R83/733 | Re, C.J. December 30, 1988 | Metasco, Inc. | 75-5-01088 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4789) | New York Not stated |